IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA **FILED**

FILED

JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID COBBLE, 437864(AT WHEELER
CORRECTIONAL FACILITY, P.O. BOX 466,
ALAMO, GA 30411) ON BEHALF OF
ALL AFRICAN-AMERICANS
SIMILARLY SITUATED
    PLAINTIFFS

V.

UNITED STATES ATTORNEY GENERAL
AND UNITED STATES DEPARTMENT
OF JUSTICE (AT 950 PENNSYLVANIA
AVENUE, WASHINGTON, D.C. 20530
    DEFENDANTS

CIVIL ACTION No.

CLASS ACTION

1964 CIVIL RIGHTS
ACT, TORT

INJUNCTIVE AND
DECLARATORY
RELIEF ONLY

JURY ACTION

Case: 1:08-cv-00050
Assigned To : Unassigned
Assign. Date : 1/11/2008
Description: Pro Se General Civil

## COMPLAINT

THERE ARE TWO TREATISES FILED WITH THIS
COMPLAINT. THEY ARE ENTITLED:

TREATISE ON HOW RACISM IN CRIMINAL JUSTICE SYSTEM
SUSTAINS SOCIETY'S PATTERNS OF RACE DISCRIMINATION

AND

1

# Treatise: Systemic Racism in Criminal Justice System As Root Cause of K-12 Education Crisis and Threat to National Security

I request a jury trial.

## Statement of Claim

**1.**

The U.S. Attorney General (AG) office and U.S. Department of Justice (DOJ) have failed to protect the federal and state constitutional and legal rights of African-Americans accused of crimes across the United States. (Requested Relief on P. 28, infra)

**2.**

The AG and DOJ have failed to eliminate the culture and tradition of state and local jurisdictions across the U.S. that systematically deny Blacks due process of the law — or the safety net of justice.

**3.**

Said culture and tradition of racism consists of

STATE AND LOCAL JURISDICTIONS ACROSS THE U.S.
LOOKING TO HIRE WHITE PUBLIC DEFENDERS WHO ARE
PREDISPOSED TO BETRAY THE CONSTITUTIONAL AND
LEGAL RIGHTS OF BLACKS ACCUSED OF CRIMES (EX-
AMPLES GIVEN BELOW).

4.

ONE OF THE MOST POTENT STRATEGIES OF SAID RACISM
CONSISTS OF PLACING WHITE LAWYERS — WHO ARE
PRONE TO ABUSE THE RIGHTS OF BLACKS — IN "CHIEF
PUBLIC DEFENDER" POSTS TO ENSURE CONSISTENT
PATTERNS OF RACE DISCRIMINATION.

5.

STATE AND LOCAL COURTS ACROSS THE U.S. ARE ALSO
PART OF THE CULTURE AND TRADITION TO SYSTEMA-
TICALLY DENY BLACKS DUE PROCESS OF THE LAW.

6.

DUE TO THE CULTURE OF SYSTEMIC RACISM IN THE
CRIMINAL JUSTICE SYSTEM, I AM UNABLE TO SUC-
CESSFULLY ATTACK MY WRONGFUL CONVICTION FOR
WHICH I AM INNOCENT (SEE PARAS. 8 AND 9, INFRA).

7.

THE AG AND DOJ HAVE FAILED TO RECOGNIZE THE
FOLLOWING FACTS ON HOW RACISM IN THE CRIMINAL

JUSTICE SYSTEM CAUSES MASSIVE PROBLEMS FOR BLACKS AND THE AMERICAN PUBLIC:

A. Racism in the criminal Justice System is what legitimizes and sustains the patterns of Race Discrimination in society at large;

B. Systemic racism in the criminal Justice system foments and sustains Black-on-Black aggression. which is linked to child abuse and neglect among America's Black Population;

C. Systemic racism in the criminal Justice system Devalues African-American adults and their children;

D. The devaluing of African-American children — who are America's students — that is caused by racism in the criminal Justice System, makes it difficult to educate them, thereby severely disrupting the education Process and Debilitating the African-American population;

E. The devaluing of African-American students that is caused by racism in the criminal Justice system, is the Root cause of the Achievement Gap that exists between white and minority stu-

DENTS:

F. THE ACHIEVEMENT GAP BETWEEN WHITE AND MINORITY STUDENTS THAT IS CAUSED BY SYSTEMIC RACISM IN THE CRIMINAL JUSTICE SYSTEM IS THE ROOT CAUSE OF THE CRISIS IN EDUCATION IN THE U.S.;

G. RACISM IN THE CRIMINAL JUSTICE SYSTEM CAUSED THE 10 LARGEST U.S. CITIES TO GRADUATE LESS THAN HALF OF THEIR 12TH GRADE STUDENTS IN THE YEAR 2006-2007;

H. THE CRISIS IN EDUCATION THAT IS CAUSED BY RACISM IN THE CRIMINAL JUSTICE SYSTEM HAS CAUSED THE EDUCATION SYSTEM TO FAIL TO SUFFICIENTLY PROVIDE ADEQUATELY EDUCATED YOUNG PEOPLE TO STAFF U.S. COMPANIES;

I. THE CRISIS IN EDUCATION THAT IS CAUSED BY RACISM IN THE CRIMINAL JUSTICE SYSTEM, THREATENS NATIONAL SECURITY AND THE FUTURE VIABILITY OF U.S. INDUSTRY;

J. THE REGRESSIVE, DEBILITATING AND RAVAGING IMPACT THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM HAS ON THE BLACK POPULATION — A CARRY-OVER OF SLAVERY AND JIM CROW LAWS — MAKES AFRICAN-AMERICANS PRONE TO HYPERTENSION, STROKES AND EARLY DEATH AT

FAR HIGHER RATES THAN ANY OTHER U.S. ETHNIC GROUP;

K. DUE TO THE FACT THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM HAS SUCH A REGRESSIVE, DEBILITATING AND RAVAGING IMPACT ON THE BLACK POPULATION, SOME 83,000 AFRICAN-AMERICANS AND 5,000 AFRICAN-AMERICAN BABIES DIE PREMATURELY EACH YEAR AND THE LIFE SPAN OF BLACKS IN GENERAL IS SHORTENED;

L. BECAUSE IT IS THE CATALYST THAT ANCHORS RACE DISCRIMINATION TO SOCIETY AT LARGE, SYSTEMIC RACISM IN THE CRIMINAL JUSTICE SYSTEM, DUE TO ITS MULTIFACETED RAMIFICATIONS, IS THE ROOT CAUSE OF ALL THE UNIQUE PROBLEMS THAT BLACKS EXPERIENCE AS AN ETHNIC GROUP;

M. CAPRICIOUS AND ARBITRARY DECISION MAKING BY STATE AND LOCAL COURTS AND LAWYERS — WHICH SYSTEMATICALLY DENIES AFRICAN-AMERICANS DUE PROCESS OF THE LAW — IS THE CONDUIT BY WHICH RACISM IN THE CRIMINAL JUSTICE SYSTEM EXPRESSES ITSELF.

8.

AS PART OF THE SYSTEMIC RACISM IN THE CRIMINAL JUSTICE SYSTEM, I WAS DENIED DUE PROCESS OF THE LAW BY DODGE COUNTY SUPERIOR COURT (GEORGIA)

September 13, 2006 when my habeas corpus petition was unlawfully and capriciously dismissed due to the court's unwritten policy to deny relief to African-Americans, regardless of the law.

## 9.

On June 5, 2007, the Georgia Supreme Court denied my clear right to appeal said court's dismissal of my habeas corpus petition because it acquiesces Dodge Superior Court's policy to deny African-Americans habeas relief under virtually all circumstances, regardless of the law.

## 10.

The vast majority of African-Americans seeking to overturn wrongful convictions are being denied access to the law due to the color of their skin.

## 11.

Groups such as the National Association for the Advancement of Colored People, Southern Christian Leadership Conference, Innocence Project, Human Rights Watch, Foundation for Innocence, FIBC Social Justice Forum, Amer-

ican Civil Liberties Union, The November Coalition, U.S. Commission on Civil Rights, Legal Aid Society, Southern Center for Human Rights, Pennsylvania Prison Society and many other groups have over the past forty years received hundreds of thousands of testimonies and complaints from individual African-Americans about being denied due process of the law due to systemic racism in the criminal justice system across the U.S.

## 12.

For every report of racism in the justice system that the above groups receive, there are scores of incidents of such racism that are not reported.

## 13.

The following accounts are numerous examples of systemic race discrimination across the U.S., most of these are in Georgia.

## 14.

In 1990, Texas citizen and African-American Tyrone Brown, at age 17, was sentenced to a life sentence simply for smoking marijuana while on a 10 year probation. The probation was for an armed robbery in which no one was hurt.

## 15.

At the same time, the white judge who gave Brown a life sentence, excused a white defendant's numerous probation violations. He was on probation for murder and heavy cocaine addiction.

## 16.

In approximately a five year period from about 1998, white state prosecutors, law enforcement officials and public defenders knowingly allowed a white state drug agent to commit perjury in dozens of cases to wrongfully convict 35 innocent African-Americans from Tulia, Texas of illegal drug possession. They were eventually freed only after massive intervention by the community and media.

## 17.

In Jena, Louisiana in August 2006 the hanging of two nooses on a tree (the symbol for lynching blacks) at the high school led eventually to part of the school being burnt down. Skirmishes then broke out between black and white students which culminated in six black students beating up a white student. Despite the fact that

THEY STOPPED BEATING THE YOUTH AFTER HE FELL UNCONSCIOUS — HE SUFFERED CUTS AND BRUISES AND WAS NOT HOSPITALIZED — THE WHITE PROSECUTOR, IN A RACIALLY MOTIVATED MOVE, ELECTED TO TRY THE AFRICAN-AMERICAN STUDENTS AS ADULTS FOR ATTEMPTED MURDER.

### 18.

ELLEN REASONOVER, AN AFRICAN-AMERICAN, WAS SUBJECTED TO RACISM AND SERVED 16 YEARS FOR MURDER AFTER THE WHITE PROSECUTOR CONCEALED EXCULPATORY AUDIO TAPES AND PURCHASED PERJURED TESTIMONY TO FRAME HER.

### 19.

IN 1989 I WAS FIRST VICTIMIZED BY RACISM IN THE CRIMINAL JUSTICE SYSTEM WHEN I WAS BROUGHT UP ON CHARGES OF AGGRAVATED ASSAULT, AGGRAVATED BATTERY AND BURGLARY IN DEKALB COUNTY, GEORGIA. A WHITE PUBLIC DEFENDER WAS ASSIGNED TO MY CASE WHO IS HIRED FOR THE PURPOSE OF BETRAYING THE CONSTITUTIONAL AND LEGAL RIGHTS OF AFRICAN-AMERICAN DEFENDANTS. HIS NAME IS JOHN O. ELLIS.

### 20.

FROM THE BEGINNING OF HIS ASSIGNMENT TO MY

CASE, ELLIS ENTERED A CONSPIRACY WITH WHITE PROSECUTOR, THOMAS S. CLEGG TO 1. FABRICATE THE ACT OF ME SHOOTING MY EXWIFE IN THE STOMACH; 2. FABRICATE THE ACT OF ME COMMITTING A BURGLARY; 3. FABRICATE THE ACT OF ME FIRING A GUN AT MY EXWIFE'S HEAD AT POINT BLANK RANGE AND, INTER ALIA, 4. FABRICATE THE SCENE OF A 9. MM. BULLET RICOCHETING OFF HER FINGER. CLEGG AND ELLIS ASSISTED MY EXWIFE JULIE COBBLE IN FOISTING THESE AND OTHER FABRICATIONS UPON THE TRIAL COURT.

## 21.

AFTER ELLIS AND CLEGG LEARNED THROUGH THE PSYCHIATRIST REPORT THAT I WAS AN INVENTOR ASPIRING TO MARKET MY INVENTIONS, THEY INTENSIFIED THEIR EFFORTS TO RAILROAD ME INTO PRISON. WHILE MRS. COBBLE WAS SIMPLY BEING HER COLD, SADISTIC SELF, ELLIS AND CLEGG SAW THE CHANCE TO TAKE AN ASPIRING BLACK BUSINESS MAN OFF THE STREETS.

## 22.

BY THE MEDICAL REPORTS — WHICH WERE CONCEALED FROM ME — CLEGG AND ELLIS KNEW THAT MRS.

COBBLE WAS NOT SHOT IN THE STOMACH AND THAT SHE ONLY RECEIVED A GUNSHOT WOUND TO HER FINGER. ELLIS REFUSED TO DEFEND ME.

### 23.

THE PSYCHIATRIST REPORT — WHICH ALSO WAS CONCEALED FROM ME AT TRIAL — PLAINLY INFORMED CLEGG AND ELLIS THAT MRS. COBBLE'S CRUEL AND SADISTIC ABUSES OVER THE YEARS HAD DRIVEN ME INTO A "DIMINISHED MENTAL CAPACITY" IN WHICH I DID NOT KNOW THE DIFFERENCE BETWEEN RIGHT AND WRONG AT THE TIME OF THE INCIDENT IN QUESTION AND, THEREFORE, THAT I WAS NOT GUILTY AND COULD NOT LEGALLY BE FOUND GUILTY.

### 24.

I ENDED UP BEING TRIED AND CONVICTED WITHOUT LEGAL REPRESENTATION DUE TO THE COLLUSION BETWEEN ELLIS AND CLEGG.

### 25.

ELLIS AND CLEGG BOTH MOVED THE TRIAL COURT TO RUSH ME TO TRIAL TO DEPRIVE ME OF MY RIGHT TO PREPARE FOR TRIAL.

### 26.

FOR MY DIRECT APPEAL, PROSECUTOR CLEGG AR-

RANGED FOR ANOTHER WHITE RACIST ATTORNEY, ROBERT G. MORTON, TO REPRESENT ME. MORTON HAD BEEN CHIEF ASSISTANT DISTRICT ATTORNEY FOR DEKALB COUNTY A NUMBER OF YEARS, SO HIS LOYALTIES LIED WITH DEKALB COUNTY AND WHEN-EVER THE COUNTY'S PROSECUTORS NEED A PRIVATE ATTORNEY TO BETRAY THE RIGHTS OF AFRICAN-AMERICAN DEFENDANTS, THEY KNOW THEY CAN RELY ON MORTON FOR THAT PURPOSE.

## 27.

MORTON INFORMED ME THAT MY CONVICTION WAS THE RESULT OF DEKALB COUNTY'S PATTERN OF RACE DIS-CRIMINATION. HE TOLD ME HE WOULD HELP SET THINGS RIGHT, HOWEVER, IN REALITY HE HAD AR-RANGED WITH CLEGG TO SABOTAGE MY APPEAL.

## 28.

MORTON SABOTAGED MY DIRECT APPEAL BY RAISING MERITLESS ISSUES HE KNEW THE GEORGIA COURT OF APPEALS WOULD REJECT WHILE HE DELIBERATELY IG-NORED VIABLE ISSUES THAT WOULD HAVE OVERTURNED MY CONVICTION. MORTON MAINTAINED THE RACISM IN MY CASE THAT WAS STARTED BY CLEGG AND ELLIS.

## 29.

Joseph L. Howard, an African American, is still serving a life sentence in Georgia after white Georgia Bureau of Investigation agents and white McDuffie County Sheriff officials framed him for rape in 1989. This ordeal began when Clifford Bouttry, a black man, murdered GBI Special Agent Robert Kirk in August 1988. In November 1988, GBI and sheriff officials arranged for Bouttry to escape from jail so they could catch and kill him on sight in revenge for killing Agent Kirk. This is precisely what happened as they knew Bouttry would not leave McDuffie Country.

## 30.

Before Bouttry was caught, however, he broke in on a young white woman and raped her. The victim identified the rapist as Bouttry, and Bouttry himself told the victim his name is "Clifford Bouttry."

## 31.

When GBI and McDuffie Sheriff officials arrived on the scene, they knew that if Bouttry was blamed for the rape, they would be liable

TO THE VICTIM FOR MANY MILLIONS OF DOLLARS AND THAT THERE WOULD BE A BIG SCANDAL BECAUSE THEY ALLOWED BOUTTRY TO ESCAPE FROM THEIR CUSTODY. So AFTER LEARNING THAT HOWARD LIVED NEXT DOOR TO THE VICTIM, THESE OFFICIALS BEGAN THE PROCESS OF PLANTING EVIDENCE AGAINST HIM SO HE COULD BE CONVICTED OF RAPE. THE PLANTED EVIDENCE INCLUDED A THUMBPRINT AND TANK TOP.

### 32.

GBI AGENTS THEN BEGAN TO BRAINWASH THE VICTIM INTO SWITCHING HER IDENTIFICATION OF THE RAPIST FROM BOUTTRY TO HOWARD.

### 33.

McDUFFIE COUNTY'S WHITE DISTRICT ATTORNEY DENNIS SANDERS AND HOWARD'S WHITE APPOINTED DEFENSE LAWYER, JIMMY PLUNKETT, CONSPIRED TO CONVICT HOWARD OF THE RAPE KNOWING HE WAS INNOCENT. SEVERAL REPORTS PROVE HOWARD'S INNO- CENCE, NAMELY THE GBI CRIME LAB REPORT, WHICH SANDERS AND PLUNKETT CONCEALED FROM HOWARD AND THE TRIAL JURY.

### 34.

AMONG OTHER THINGS, PLUNKETT AND SANDERS ALSO

ARRANGED FOR GBI AGENTS AT HOWARD'S TRIAL TO SUBSTITUTE THEIR PERJURED HEARSAY TESTIMONY FOR THE TESTIMONY OF THE CRIME LAB TECHNICIANS WHO WERE NOT ALLOWED TO TESTIFY REGARDING FINGERPRINT AND DNA TESTS. FOR INSTANCE, A GBI AGENT LIED TO THE JURY WHEN HE TESTIFIED THAT THERE WAS NOT ENOUGH DNA SAMPLES (SEMEN AND SPERM) TAKEN FROM THE VICTIM'S BODY TO DO DNA TESTING.

### 35.

THE GBI DID NOT RUN DNA TESTS ON BOUTTRY'S DNA WHO WAS THE REAL RAPIST.

### 36.

TYRONE THOMAS WAS SUBJECTED TO ABJECT RACISM IN HENRY COUNTY, GEORGIA, A WHITE RUN JURISDICTION THAT IMPRISONED HIM ON FALSE CHARGES BECAUSE HE WAS AN ASPIRING BLACK BUSINESS MAN. THIS JURISDICTION ROUTINELY DISCRIMINATES AGAINST BLACKS.

### 37.

IN JANUARY 2003, JUST AFTER LEAVING HIS APARTMENT, THOMAS WAS ROBBED AT GUNPOINT AND SHOT IN THE LEG. HENRY COUNTY POLICE CONVERGED ON

THE SCENE AND IMMEDIATELY SUBJECTED THOMAS TO RACIAL PROFILING.

### 38.

THOUGH THE ENTIRE CRIME SCENE WAS OUTDOORS, HENRY COUNTY POLICE FORGED A CONSENT FORM TO GAIN ILLEGAL ENTRY INTO THOMAS'S APARTMENT WHILE HE WAS AT THE HOSPITAL.

### 39.

ONCE INSIDE THE APARTMENT, HENRY COUNTY POLICE FOUND A SMALL AMOUNT OF MARIJUANA WHICH THOMAS'S FEMALE FRIEND ADMITTED WAS HERS.

### 40.

HENRY COUNTY'S ILLEGAL SEARCH TURNED UP A PILL MAKING MACHINE AND WHITE POWDER THEY THOUGHT WAS USED TO MAKE METHAMPHETIMINE.

### 41.

WITHOUT CONSENT OR WARRANT, HENRY COUNTY POLICE ALSO SEARCHED THOMAS'S STORAGE SHELTER, WHICH WAS ON A SEPARATE LEASE AND LOCATED IN ANOTHER AREA OF THE APARTMENT COMPLEX.

### 42.

SAID SHELTER WAS PACKED SOLELY PACKED WITH PER-SONAL BELONGINGS AND HOUSEHOLD POSSESSIONS OF ONE

of Thomas's friends. Thomas was letting him use the shelter temporarily.

### 43.

It was obvious to Henry County Police that the property in said shelter did not belong to Thomas. Yet after a small amount of cocaine was found in his friend's possessions, the Henry County prosecutor charged Thomas with it.

### 44.

Thomas was charged with trafficking illegal drugs. All charges were false.

### 45.

Thomas explained — confirmed by lab tests — to Henry County authorities that the white powder and pill making machine were part of his business through which he sold herbal medications. This was substantiated with business records, licenses and addresses of companies he dealt with.

### 46.

Meanwhile Henry County authorities abandoned pursuit of the robbers who shot Thomas — even though they had the robbers' names and addresses — and focused solely on the false charges against

Thomas.

### 47.

The white Henry County prosecutor who was assigned to the case knew Thomas was innocent.

### 48.

Henry County authorities seized Thomas's business records and refused to release them so as to prevent Thomas from showing the trial court he was a legitimate businessman.

### 49.

To ensure conviction, the prosecutor arranged to send white attorney, Gary Bowman, to Thomas to offer his legal services as a ploy to sabotage Thomas's defense.

### 50.

Bowman offered his legal services even though he knew Thomas had an attorney. Bowman convinced Thomas to hire him by offering to do a better job.

### 51.

One of the things Bowman promised Thomas was to help him make bail so he could help do the legwork on his defense. Bowman broke this promise and would not help Thomas make bail.

### 52.

Though it was in his possession, Bowman did not file the brief in support of Thomas's motion to suppress, which was critical to suppressing the illegally seized drug evidence.

### 53.

Bowman refused to help Thomas retrieve his business records that were seized by Henry County authorities.

### 54.

Bowman then helped the prosecutor arrange for Thomas's female friend (who admitted that the seized marijuana was hers) to "disappear" from the case so Thomas could be blamed for the marijuana.

### 55.

After Bowman sabotaged the defense and consumed funds Thomas set aside for legal defense, Bowman withdrew from the case and helped arrange for a totally incompetent public defender to represent Thomas at trial.

### 56.

After Thomas was convicted, Bowman was made

CHIEF PUBLIC DEFENDER OF HENRY COUNTY BECAUSE HE HAD HELPED CONVICT THOMAS — A HIGH PROFILE CASE THAT WAS FOLLOWED BY THE MEDIA — AND SHOWN THE HENRY COUNTY JURISDICTION HIS WILLINGNESS TO BETRAY THE RIGHTS OF AFRICAN-AMERICANS.

### 57.

IN MAY 2004, VICTOR WILLIAMS, A BLACK MAN, WAS CHARGED WITH SELLING CRACK COCAINE AFTER UNDERCOVER OFFICERS IN DECATUR COUNTY, GEORGIA THOUGHT HE WAS THE GUY IN THE VIDEO THAT RECORDED THE TRANSACTION.

### 58.

DECATUR COUNTY IS A WHITE RUN JURISDICTION THAT ROUTINELY VIOLATES THE RIGHTS OF BLACKS ACCUSED OF CRIMES.

### 59.

UNTIL 2004, RICHARD PARKER WAS A PROSECUTOR FOR DECATUR COUNTY. IN THAT SAME YEAR, PARKER, WHO IS WHITE, WAS HIRED AS A PUBLIC DEFENDER IN DECATUR COUNTY AND ASSIGNED TO DEFEND WILLIAMS AT TRIAL.

## 60.

As a public defender, Parker's loyalties remain with helping Decatur County wrongfully convict African-Americans.

## 61.

Williams told Parker he was not the person in the undercover video and county investigators noted in their reports that Williams denied he was the person in the video, which was heavily distorted and its image was not identifiable.

## 62.

Though the undercover agent who made the drug transaction identified Williams as the man in the video, said agent was drunk on the night of the drug transaction and it was very dark, making it virtually impossible for him to identify the man who sold him the drugs.

## 63.

In keeping with Decatur County's tradition of racism, Parker refused to mention to Williams's jury that it was "virtually impossible" that said drug agent could identify the drug pusher because of the pitch darkness and the agent's

DRUNKENNESS.

### 64.

PARKER WOULD NOT LET WILLIAMS TESTIFY AT TRIAL AND PARKER REFUSED TO TELL THE JURY THAT HIS CLIENT WAS NOT THE MAN IN THE VIDEO. NOR DID PARKER TELL THE JURY THAT THE STATE DID NOT PROVE THAT WILLIAMS IS THE MAN IN THE VIDEO. PARKER SIMPLY WENT ALONG WITH EVERYTHING THE PROSECUTOR TOLD THE JURY ABOUT WILLIAMS.

### 65.

FINAL PROOF THAT PARKER WAS TRYING TO HELP CONVICT WILLIAMS IS THAT PARKER DID NOT MOVE FOR A MISTRIAL WHEN THE PROSECUTOR TOLD THE JURY THEY KNOW WILLIAMS IS GUILTY BECAUSE HE AND HIS ATTORNEY HAVE NOT DENIED THAT WILLIAMS IS THE MAN IN THE VIDEO. THIS WAS AN ILLEGAL AND HIGHLY PREJUDICIAL COMMENT ON THE DEFENDANT'S RIGHT TO REMAIN SILENT AND INFERRED THAT HE WAS GUILTY BECAUSE OF HIS SILENCE, WHICH REQUIRED A MISTRIAL. PARKER KNEW HE WAS SUPPOSED TO MOVE THE COURT FOR A MISTRIAL BUT DID NOT DO SO.

66.

In 2001, Johnny King, a black man, was tried for robbery in the Towaliga Judicial Circuit, Georgia. He and a friend were convicted of overpowering a man to take his money.

67.

The Chief Public Defenders of Towaliga Judicial Circuit are white and they have been placed in their positions to help maintain a tradition of race discrimination that betrays the legal rights of blacks.

68.

Attorney Robert Goldberg, who is white, was appointed to represent King at trial.

69.

Goldberg undermined King's defense by deliberately laboring under a conflict of interest and by repeatedly sending associates over to the county jail to urge King not to testify in his defense.

70.

It was necessary for King to testify so he could offer evidence that the alleged victim attacked him. Goldberg, however, usurped control over the defense and would not mount the defense King

THOUGHT HE SHOULD HAVE.

## 71.

AFTER TRIAL, KING WAS APPOINTED ANOTHER ATTORNEY WHO TOLD HIM HE COULD GET HIS CONVICTION OVER- TURNED ON DIRECT APPEAL, MAINLY DUE TO THE CONFLICT OF INTEREST.

## 72.

AS THE ATTORNEY PURSUED DIRECT APPEAL, HE RAN INTO OPPRESSIVE INTERFERENCE FROM OFFICERS OF THE COURT IN Towaliga Judicial Circuit WHO INTIM- IDATED HIM INTO DROPPING KING'S CASE. THEIR IN- TENT WAS TO REPLACE KING'S APPELLATE ATTORNEY WITH AN ATTORNEY WHO WOULD BETRAY KING'S RIGHTS.

## 73.

KING'S DIRECT APPEAL WAS THEN ASSIGNED TO LEO KIGHT, WHO IS WHITE AND CHIEF PUBLIC DEFENDER OF Towaliga Judicial Circuit.

## 74.

KIGHT OBSTRUCTED KING'S DIRECT APPEAL IN FUNDA- MENTAL WAYS. FIRST, KIGHT DELIBERATELY OMITTED FROM THE APPEAL THE OPERATIVE FACTS THAT MADE UP KING'S VIABLE CONFLICT OF INTEREST CLAIM AND THE CLAIM OF THE TRIAL ATTORNEY USURPING CONTROL OVER THE CASE BY NOT ALLOWING HIM TO TESTIFY AT TRIAL.

**75.**

SECOND, KIGHT RAISED FOUR ISSUES IN KING'S APPEAL. NONE OF THE ISSUES — INCLUDING CONFLICT OF INTEREST — WERE SUPPORTED BY CITATIONS OF LAW. EXCEPT FOR A LONE CITATION OF LAW WHICH DID NOT REFER TO NOR ACCOMPANY ANY OF THE ISSUES, KIGHT'S APPELLATE BRIEF WAS TOTALLY EMPTY OF CITATIONS OF LAW OF ANY KIND.

**76.**

THE CHIEF PUBLIC DEFENDER OF PATUALA JUDICIAL CIRCUIT IN GEORGIA NOT ONLY ACQUIESCES BUT PARTICIPATES WITH PROSECUTORS AND JUDGES IN HOLDING "SECRET" COURT PROCEEDINGS IN THE CASES OF BLACKS ACCUSED OF CRIMES.

**77.**

SAID SECRET COURT PROCEEDINGS WERE REPORTED ON BY JOHN COLE VODICKA WHO HEADS THE PRISON & JAIL PROJECT, A NONPROFIT GROUP OUT OF AMERICUS, GEORGIA.

**78.**

VODICKA WITNESSED SAID SECRET COURT PROCEEDINGS FIRST IN 2005 AND CONTINUES TO COVER THE ISSUE.

**79.**

SAID SECRET COURT HEARINGS ARE BORN OF A TRADI-

TION OF RACE DISCRIMINATION AGAINST BLACKS. CASE RECORDS AND ACCOUNTS OF DEFENDANTS SUBSTANTIATE CONSISTENT PATTERNS OF RACISM.

### 80.

THE CORDELE JUDICIAL CIRCUIT IN GEORGIA IS ANOTHER WHITE RUN JURISDICTION IN WHICH RACE DISCRIMINATION SYSTEMATICALLY UNDERMINES THE RIGHTS OF BLACK DEFENDANTS.

### 81.

THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE JOINED A LAWSUIT AGAINST THE CORDELE JUDICIAL CIRCUIT BECAUSE BLACKS ARE ARRESTED AND HELD FOR MONTHS WITHOUT LEGAL ASSISTANCE AND CONSISTENTLY DENIED LEGAL RIGHTS.

### 82.

COURT RECORDS AND ACCOUNTS OF DEFENDANTS IN CORDELE JUDICIAL CIRCUIT SUBSTANTIATE THE SYSTEMIC PRESENCE OF RACISM.

# RELIEF REQUESTED:

A. THAT THE COURT **DECLARE** THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM PROVIDES LEGITIMACY FOR AND SUSTAINS AMERICAN SOCIETY'S PATTERNS OF RACE DISCRIMINATION;

B. THAT THE COURT **DECLARE** THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM DEBILITATES AFRICAN-AMERICAN COMMUNITY HEALTH AND FAMILY LIFE, CAUSES AND FOMENTS INNERRACIAL STRIFE, CAUSES CHILD ABUSE AND NEGLECT, SEVERELY DISRUPTS THE EDUCATION OF AFRICAN-AMERICAN STUDENTS AND DIRECTLY AND INDIRECTLY CAUSES NEARLY 90,000 PREMATURE AFRICAN-AMERICAN DEATHS A YEAR;

C. THAT THE COURT **DECLARE** THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM IS THE ROOT CAUSE OF THE GAP IN SCHOLASTIC ACHIEVEMENT THAT PERSISTS BETWEEN AMERICAN NONMINORITY AND MINORITY STUDENTS AND IS THEREFORE THE ROOT CAUSE OF THE NATIONAL CRISIS IN EDUCATION;

D. THAT THE COURT **DECLARE** THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM SEVERELY DISRUPTS THE EDUCATION PROCESS OF BOTH NONMINORITIES AND

MINORITIES IN THE UNITED STATES AND CONSEQUENTLY
PREVENTS THE EDUCATION SYSTEM FROM PROVIDING
ENOUGH SUFFICIENTLY EDUCATED HIGH SCHOOL GRADUATES
TO KEEP U.S. COMPANIES OPERATING AT DESIRED
PRODUCTION CAPACITY.

E. THAT THE COURT **DECLARE** THAT ABOLISHING
RACISM FROM THE CRIMINAL JUSTICE SYSTEM IS A
MATTER OF NATIONAL SECURITY BECAUSE ITS DISRUP-
TION OF THE EDUCATION PROCESS THREATENS THE
UNITED STATES' ABILITY TO PROPERLY DEAL WITH
PRESSING WORLD PROBLEMS;

F. THAT THE COURT **DECLARE** THAT RACISM IN THE
CRIMINAL JUSTICE SYSTEM HEAVILY CONTRIBUTES TO
DISHONESTY IN THE LEGAL SYSTEM;

G. THAT THE COURT DIRECT THE U.S. ATTORNEY GENERAL
AND U.S. DEPARTMENT OF JUSTICE TO ESTABLISH AN
OFFICE MADE UP OF REPUTABLE CITIZENS WHO ARE
CHARGED WITH RECEIVING COMPLAINTS OF RACISM
WITHIN THE CRIMINAL JUSTICE SYSTEM; THAT THE
COURT CHARGE SAID OFFICE WITH COMPILING STATISTICS
ON RACISM IN THE CRIMINAL JUSTICE SYSTEM AND
FILING ANNUAL REPORTS WITH THE PRESIDENT OF THE

UNITED STATES, CONGRESS, U.S. SUPREME COURT AND AMERICAN BAR ASSOCIATION:

H. THAT THE COURT DIRECT THE U.S. ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE TO DEVISE AND EXECUTE A PLAN THAT MOVES TO AFFIRMATIVELY ABOLISH RACISM FROM THE CRIMINAL JUSTICE SYSTEM IN STATE AND LOCAL JURISDICTIONS ACROSS THE UNITED STATES.

I, DAVID COBBLE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE HEREIN STATED FACTS ARE TRUE.

SIGNED _David Cobble_    EXECUTED _11-20-07_

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID COBBLE ON BEHALF OF
ALL AFRICAN-AMERICANS
SIMILARLY SITUATED
       PLAINTIFFS

V.

UNITED STATES ATTORNEY GENERAL
AND UNITED STATES DEPARTMENT
OF JUSTICE
       DEFENDANTS

CIVIL ACTION No.

CLASS ACTION

1964 CIVIL RIGHTS
ACT, TORT

## MEMORANDUM OF LAW

PLAINTIFF HAS FILED THE ACCOMPANYING COMPLAINT, ALLEGING THAT THE U.S. ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE HAVE FAILED TO ADEQUATELY GUARD THE CONSTITUTIONAL AND OTHERWISE LEGAL RIGHTS OF AFRICAN-AMERICANS WHO ARE ACCUSED OF CRIMES IN THE UNITED STATES. IN OTHER WORDS, DEFENDANTS HAVE FAILED TO ABOLISH THE SYSTEMIC RACISM IN

08 0050

FILED
JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE CRIMINAL JUSTICE SYSTEM AT THE STATE AND LOCAL LEVELS.

## JURISDICTION

THIS IS CLEARLY A "CONTROVERSY ARISING UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES" THAT INVOKES THE JURISDICTION OF THE COURT. BELL V. HOOD. 66 S.CT. 773, 327 U.S. 678 (1946); BIVENS V. SIX UNKNOWN NARCOTICS AGENTS, 91 S. CT. 1999, 2002, 403 U.S. 388 (1971).

THE 1964 CIVIL RIGHTS ACT FORBIDS RACE DISCRIMINATION.

THE COURT HAS SUBJECT MATTER JURISDICTION OVER THE COMPLAINT'S ISSUES REGARDING AFRICAN-AMERICAN CHILDREN BY VIRTUE OF THE FACT THAT SYSTEMIC RACISM IN THE JUSTICE SYSTEM TARGETS BLACK CHILDREN AS WELL AS ADULTS AND HAS A DEGENERATING AND REGRESSIVE IMPACT ON THEIR EDUCATION AND HOME LIFE.

42 U.S.C. 2000A-1 PROHIBITS RACE DISCRIMINATION BY STATE AGENCIES AND THEIR GOVERNMENT

AFFILIATES. 42 U.S.C. 1988 GIVES THE COURT WIDE LATITUDE TO ADDRESS RACE DISCRIMINATION, EVEN TO THE POINT OF ENFORCING STATE LAW.

## CLASS-ACTION

PLAINTIFF SEEKS CLASS-ACTION STATUS BECAUSE THE NATURE OF THE ACTION MORE THAN SATISFIES THE PROVISIONS OF RULE 23 OF THE FEDERAL RULES OF CIVIL PROCEDURE. RULE 23 STATES IN PART:

ONE OR MORE MEMBERS OF A CLASS MAY SUE OR BE SUED AS REPRESENTATIVE PARTIES ON BEHALF OF ALL ONLY IF:

(1) THE CLASS IS SO NUMEROUS THAT JOINDER OF ALL MEMBERS IS IMPRACTICABLE [IT IS PLAINLY IMPRACTICABLE TO JOIN EVERY AFRICAN-AMERICAN CITIZEN IN THIS ACTION],

(2) THERE ARE QUESTIONS OF LAW OR FACT COMMON TO THE CLASS [SYSTEMIC RACISM IN THE CRIMINAL JUSTICE SYSTEM TARGETS THE CLASS IN GENERAL (INCLUDING THE CHILDREN OF THE CLASS), THEREBY DEBILITATING FAMILY LIFE OF THE CLASS MEMBERS BY DEVALUING THEM, CAUSING BLACK-ON-BLACK AGGRESSION AND MAKING CLASS CHIL-

DREN DIFFICULT TO EDUCATE; WHILE DIRECTLY
AND INDIRECTLY CAUSING STROKES, HYPERTENSION
AND SOME 90,000 PREMATURE DEATHS A YEAR
AMONG THE CLASS.],

(3) THE CLAIMS OR DEFENSES OF THE REPRESENTA-
TIVE PARTIES ARE TYPICAL OF THE CLAIMS OR DE-
FENSES OF THE CLASS [SYSTEMIC RACISM IN THE
JUSTICE SYSTEM TARGETS THE CLASS, WRONG-
FULLY CONVICTED PLAINTIFF AND MANY MEMBERS
OF THE CLASS, PREVENTS PLAINTIFF, CLASS FROM
SUCCESSFULLY ATTACKING WRONGFUL CONVICTIONS,
DEVALUES PLAINTIFF AND THE CLASS, PLACES PLAIN-
TIFF AND CLASS AT RISK OF PREMATURE DEATH
(INCLUDING BABIES) AND HIGHER RISK OF HYPER-
TENSION AND STROKE.] AND

(4) THE REPRESENTATIVE PARTIES WILL FAIRLY
AND ADEQUATELY PROTECT THE INTERESTS OF THE
CLASS [RULE 23 MANDATES THAT THE COURT
APPOINT QUALIFIED LEGAL COUNSEL TO ENSURE
THAT THE CLASS IS SUFFICIENTLY REPRESENTED.
ALL COSTS SHOULD BE IMPUTED TO THE GOVERN-
MENT, WHICH IS RESPONSIBLE FOR ABOLISHING
RACE DISCRIMINATION.]


## INJUNCTIVE AND DECLARATORY RELIEF

THE U.S. SUPREME COURT HAS STATED:

[T]RADITIONAL EQUITABLE PRINCIPLES RE-
QUIRING THE BALANCE OF PUBLIC AND PRIVATE
INTERESTS CONTROL THE GRANT OF DECLARATORY
OR INJUNCTIVE RELIEF.  .  . WEBSTER V. DOE,
108 S. CT. 2047, 2049, 486 U.S. 592 (1988)

IN THE CASE AT BAR, THE AFRICAN-AMERICAN
POPULATION IS ENTITLED TO SUCH RELIEF AS IS
NECESSARY TO REMOVE SYSTEMIC RACISM FROM THE
CRIMINAL JUSTICE SYSTEM.

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Cobble on Behalf of
All African-Americans
Similarly Situated
      Plaintiffs

v.

United States Attorney General
and United States Department
of Justice
      Defendants

Civil Action No.

Class Action

1964 Civil Rights Act, Tort

Injunctive and Declaratory Relief Only

## TREATISE: Systemic Racism in Criminal Justice System As Root Cause of K-12 Education Crisis and Threat to National Security

### Contents

PAGE

Preface . . . . . . . . . . . 3

How Racism in Criminal Justice System Disrupts Education Process     9

08 0050

**FILED**

JAN 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE GLOBAL BRAINS RACE: AMERICA'S
NEED FOR MINORITIES TO FILL SCIENCE,
TECH AND HIGH-SKILLED JOBS . . . . . . . 24

HOW RACISM IN CRIMINAL JUSTICE
SYSTEM HAMPERS U.S. PRODUCTION . . . . . 33

THE THREAT TO NATIONAL SECURITY . . . . . 38

CONCLUSION . . . . . . . . . . . 45

PREPARED BY DAVID CORBLE     COPYRIGHT 2007

REFERENCES:

USA TODAY
THE ATLANTA JOURNAL-CONSTITUTION
THE SWORD OF THE LORD
SAVANNAH MORNING NEWS
NATIONAL GEOGRAPHIC
CIVIL RIGHTS PROJECT OF HARVARD UNIVERSITY
CBS EVENING NEWS
THE PHILADELPHIA TRUMPET
INTERNATIONAL LABOR ORGANIZATION
NATIONAL ACADEMY OF SCIENCES
AMERICAN PHYSICAL SOCIETY

# Preface

This treatise is being filed with the Court in support of Plaintiff's civil action that seeks injunctive and declaratory relief to address systemic racism in America's criminal justice system at the state and local levels. The work focuses on racism's largely "unseen" disruption of the K-12 education process and how it threatens the economy and national security. The criminal justice system devalues African-Americans, a devaluing that is expressed in false accusations and denial of ensurance of access to the laws of the land — or the safety net of justice. The devaluing extends to their children — America's black students — and has a rippling affect throughout the education system.

At the outset, it should be noted that given the global economy in which other nations are growing stronger and pushing young citizens into the world marketplace, the United States can no longer afford policies that systematically stunt the socioeconomic progress of any given

ETHNIC GROUP. EVERY STUDENT, REGARDLESS OF ETH-
NICITY, IS NEEDED TO HELP THE NATION STAY COMPETI-
TIVE IN THE AREA OF JOB PERFORMANCE AND PRODUC-
TIVITY. THE POST-MODERN ERA IS COMING FULL CIRCLE
IN WHICH THE <u>SUCCESS</u> OF AMERICA'S MAJOR ETHNIC
GROUPS — WHITE, BLACK, HISPANIC AND ASIAN — ARE
INCREASINGLY LINKED TOGETHER.

THE GREAT CHALLENGE IN THE 21ST CENTURY
FOR EVERY INDUSTRIALIZED NATION IS TO ADEQUATELY
EDUCATE ENOUGH YOUNG PEOPLE TO COMPETENTLY RUN
THE HIGH TECH APPLICATIONS THAT INCREASINGLY PER-
MEATE WORKPLACES AND REQUIRE GREATER SKILLS,
NOT TO MENTION TRADITIONAL HIGH SKILLS JOBS SUCH AS
WELDING, MACHINISTS AND ELECTRICIANS. RACISM'S
DEVALUING OF PEOPLE FRUSTRATES THAT POTENTIAL.

EVEN NOW, AS CORROBORATED BELOW, THE BIG-
GEST BUSINESS PROBLEM U.S. MANUFACTURERS FACE
IS THAT THEY CANNOT FIND ENOUGH HIGH SCHOOL GRAD-
UATES WITH POTENTIAL TO FILL THE HIGH SKILLED JOBS
THAT DOMINATE THE EMPLOYMENT LANDSCAPE. THIS
POSES THE QUESTION OF HOW MUCH TOUGHER IT WILL
BE TO SUFFICIENTLY FILL EVEN "HIGHER" SKILLED POSI-
TIONS AS TECHNOLOGY AND PROCESSES BECOME MORE

COMPLEX, REQUIRING EVER GREATER SKILLS TO KEEP U.S. BUSINESSES VIABLE.

UNFORTUNATELY, THAT IS ONLY PART OF THE PROBLEM. FOR NOT ONLY ARE OTHER COUNTRIES NOW LOOKING TO KEEP THEIR BEST AND BRIGHTEST STUDENTS AT HOME TO HELP DEVELOP THEIR OWN NATIONS, TODAY'S TERRORIST THREAT HAS CAUSED THE U.S. GOVERNMENT TO LOCK OUT MANY GIFTED FOREIGN STUDENTS WHO EXCEL IN SCIENCE, ENGINEERING AND NEW TECHNOLOGY DEVELOPMENT.

THE DISEASE OF "AUTISM" IS ANOTHER PHENOMENA THAT RADICALLY SUBTRACTS FROM AMERICA'S RESERVOIR OF CAPABLE AND GIFTED STUDENTS. WHILE ALZHIEMERS DEGENERATES THE MINDS OF OLDER AMERICANS, AUTISM IS THE SICKNESS THAT RAVAGES THE BRAINS OF YOUNG AMERICANS BY THE MILLIONS. ONE REPORT STATES: "A DECADE AGO, ONE IN EVERY 2,500 U.S. CHILDREN HAD AUTISM; NOW IT'S ONE IN 166, THE CENTERS FOR DISEASE CONTROL AND PREVENTION SAYS. THE AUTISM SOCIETY OF AMERICA, AN ADVOCACY GROUP, SAYS THE NUMBER OF AMERICANS WITH AUTISM COULD RISE FROM 1.5 MILLION TO 4 MILLION IN THE NEXT DECADE" (USA TODAY,

March 29, 2005, 2D).

As corroborated below, scholars and academicians call the competition for super smart people the "GLOBAL BRAINS RACE". Basic reasoning dictates that if fewer academic stars are coming from abroad, then the U.S. must affirmatively focus on developing potential stars at home. Even in the best of times, there is a shortage of gifted individuals. Thus, although the U.S. has over 300 million citizens, minorities must be fully included in the process to fill the "BRAINS" vacuum.

So there are two fronts to the national challenge to adequately educate and develop young people in large enough numbers to keep U.S. industry and institutions flourishing. First, sufficient numbers of high school graduates must be trainable with regard to the skills based jobs that are filling the workplace. They must be able (and motivated) to apply themselves to increasingly complex applications of processes and technology. Second, all impediments to a good education must be removed so as to allow

ALL OF AMERICA'S POTENTIALLY BEST AND BRIGHTEST STUDENTS TO REACH THE TOP OF THE FIELDS THEY MAY CHOOSE TO WORK IN, WITH AN EMPHASIS ON SCIENCE, ENGINEERING AND TECHNOLOGY DEVELOPMENT. IT BEARS REPEATING THAT THE U.S. CANNOT MEET THESE CHALLENGES WITHOUT THE FULL INCLUSION OF MINORITIES.

U.S. EDUCATORS ARE AMONG THE FIRST TO ADMIT THAT THE K-12 EDUCATION SYSTEM HAS FAILED TO SUF-FICIENTLY MEET THE NEEDS OF U.S. INDUSTRY AND INSTITUTIONS. EDUCATORS UNDERSTAND THAT CLOSING THE ACHIEVEMENT GAP IN EDUCATION THAT EXISTS BE-TWEEN WHITES AND MINORITIES IS KEY TO FULLY MEET-ING THOSE NEEDS. THEY KNOW THAT CLOSING THE GAP IS KEY TO OVERCOMING THE EDUCATION CRISIS AS WELL AS WINNING THE GLOBAL BRAINS RACE. IN FACT, PRESIDENT BUSH'S SIGNATURE "NO CHILD LEFT BEHIND" (NCLB) LAW WAS ENACTED WITH THE EXPRESS PURPOSE OF CLOSING THE GAP. IN PART, THE LAW STATES:

> THE PURPOSE OF [NCLB] IS TO ENSURE THAT ALL CHILDREN HAVE FAIR, EQUAL AND SIG-NIFICANT OPPORTUNITY TO OBTAIN A HIGH-QUALITY EDUCATION. . . THIS PURPOSE CAN BE ACCOMPLISHED BY. . . CLOSING THE ACHIEVE-

MENT GAP BETWEEN HIGH AND LOW PERFORMING CHILDREN, ESPECIALLY THE ACHIEVEMENT GAPS BETWEEN MINORITY AND NONMINORITY STU- DENTS, AND BETWEEN DISADVANTAGED CHILDREN AND THEIR MORE ADVANTAGED PEERS. . . (20 U.S.C. 6301(3))

HOWEVER, IN THEIR ATTEMPT TO CLOSE THE ACHIEVEMENT GAP, EDUCATORS HAVE NOT SEEN THAT RACISM IN THE CRIMINAL JUSTICE SYSTEM IS WHY THE GAP EXISTS.

THIS STATE OF AFFAIRS THREATENS NATIONAL SEC- URITY BECAUSE IT THREATENS U.S. ECONOMIC OUTPUT, WHICH UNDERPINS THE UNITED STATES STATUS AS A SUPERPOWER. AMERICA'S DECLINE AS A SUPERPOWER WOULD AT ONCE MAKE IT — AND OTHER REAL DEMO- CRACIES THAT RELY ON U.S. SUPPORT — SUSCEPTIBLE TO THE WILL OF ANTI-DEMOCRATIC COUNTRIES AND ALLIANCES THAT WOULD GROW TO DOMINATE GLOBAL POLICY AND WOULD SEEK TO UNDERMINE THE SECURITY OF GENU- INE DEMOCRACIES. SUCH A DECLINE WOULD PREVENT THE U.S. FROM STOPPING ROGUE FORCES AND NATIONS FROM DEVELOPING OR ACQUIRING NUCLEAR WEAPONS, RE- OPEN THE DOOR TO THE RISE OF DICTATORS AND BLUNT THE NATION'S ABILITY TO FIGHT THE WAR ON TERRORISM.

The world would inevitably become far more dangerous.

## How Racism in Criminal Justice System Disrupts Education Process

Although discussed in Plaintiff's sister treatise (pp. 8-11), it should be reiterated here that racism in any society cannot prevail unless it receives some form of legitimacy from government, whether at the federal state or local level. It therefore follows that to eliminate government practices that encourage or promote racism is the way to eliminate racism from society at large.

Government policies generally set the tone for and give legitimacy to public attitudes. Confirmation of this truism can be observed by considering other governments, past and present, that legalized and or endorsed racism or ethnic hatred. The German government during World War II fueled public hatred of the Jews by openly blaming them for the country's problems. In South Africa, the apartheid system was set up

BY GOVERNMENT TO KEEP BLACKS AND WHITES SEPARATE. ONCE GOVERNMENT DISCONTINUED THESE POLICIES, PUBLIC ATTITUDES ABOUT THE VICTIMIZED GROUPS CHANGED ACCORDINGLY. TODAY IN THE MIDDLE EAST, IT IS THE POLICIES OF ARAB GOVERNMENTS THAT KEEP THE ARAB MASSES AT ODDS WITH THE ISRAELI JEWS.

IN THE U.S., IT WAS STATE AND LOCAL GOVERNMENT LEGALIZATION OF SLAVERY THAT GAVE LEGITIMACY TO RACIST ATTITUDES. AFTER SLAVERY ENDED, STATE AND LOCAL GOVERNMENTS PASSED JIM CROW LAWS THAT CONTINUED TO LEGITIMIZE RACISM IN THE MIND OF THE PUBLIC. AFTER JIM CROW LAWS WERE ABOLISHED IN THE 1960s, THE CRIMINAL JUSTICE SYSTEM AT STATE AND LOCAL LEVELS HAS BEEN THE INSTITUTION OVERWHELMINGLY TO GIVE LEGITIMACY TO RACISM.

AFTER BECOMING AWARE OF BASIC FACTS ABOUT THE RAMIFICATIONS OF SYSTEMIC RACISM IN THE CRIMINAL JUSTICE SYSTEM, IT BECOMES SELF-EVIDENT THAT SAID RACISM IMPOSES AN ENORMOUS DRAG ON THE EDUCATION PROCESS, AFFECTING BOTH NONMINORITY AND MINORITY STUDENTS. WHEN CONSIDERING THE RAMIFICATIONS, THERE ARE TWO DISTINCT CONDITIONS TO BEAR IN MIND: THE <u>DEVALUING</u> OF BLACK STUDENTS, AND

POLITICIZATION OF THE EDUCATION PROCESS.

## Devaluing African-American Children

As pointed out in Plaintiff's sister treatise (p. 12), racism in the criminal justice system causes society to place a lower value on blacks, which causes blacks to place a lower value on themselves. The devaluing extends to black children three ways. First, since many blacks see themselves in a lessor light, they are naturally apt to see their children in a lessor light. That blacks devalue their children is substantiated by the fact that 70 percent of African-American children are born outside of marriage (USA Today, September 20, 2006, 13A; Savannah Morning News, November 15, 2003, 1D). Blacks do not value their children enough to legitimize them and provide two-parent homes.

The great untold story, however, is that parents' devaluing of black children often goes so low that it leads to widespread child abuse, even death. In Georgia alone, in 2002, there were 69,108 reports of child abuse investigated by the

Department of Family and Children Services (DFCS) (Atlanta Journal-Constitution, September 28, 2003, C1). Of those, 24,425 were substantiated as actual abuse or neglect (ibid.). In September of 2003, 15,000 children in Georgia were in state custody due to abuse and neglect (ibid.).

Plaintiff does not have the breakdown of these figures by race, but what reveals that a large inordinate proportion of these children are black is that all three children on the DFCS caseload who died of abuse at the hands of family members in a five year period were black (ibid., C1, C5). These were three different families in which Kyshawn Punter, 2, Caleb Woods, 2, and Terrell Peterson, 5, all boys, were beaten to death. These cases, of course, do not include such child abuse deaths in Georgia that were not on DFCS's caseload.

The data on child abuse within the black community is a reliable barometer of the wider spectrum of black parents who are not involved in their children's education due to the low value

THEY PLACE ON THEM. THIS IS ANOTHER FORM OF "CHILD NEGLECT" (DUE TO THE HEIGHTENED IMPORTANCE OF EDUCATION IN POST-MODERN ERA) BUT BECAUSE IT IS NOT OFFICIALLY CLASSIFIED AS SUCH, IT GROWS AND FESTERS VIRTUALLY UNDETECTED.

IT IS BY NO COINCIDENCE THAT AS AFRICAN-AMERICANS WERE RISING TO THE MARK OF DENYING 70 PERCENT OF THEIR CHILDREN LEGITIMACY THROUGH MARRIAGE, CHILD ABUSE CASELOADS OF GEORGIA'S DFCS NEARLY DOUBLED IN A TWO YEAR PERIOD FROM 12,366 IN 2000 TO 22,420 IN 2002 (IBID., C5). NOR IS IT COINCIDENCE THAT THE DRAMATIC RISE IN CHILD ABUSE AND NEGLECT AMONG BLACKS PARALLELS THE ALARMINGLY HIGH DROPOUT RATES OF AFRICAN-AMERICAN STUDENTS. USING DATA FROM 2002, THE CIVIL RIGHTS PROJECT OF HARVARD UNIVERSITY PUBLISHED A REPORT THAT REVEALED THAT ONLY 47.4 PERCENT OF GEORGIA'S AFRICAN-AMERICAN STUDENTS GRADUATE FROM HIGH SCHOOL ON TIME (ATLANTA JOURNAL-CONSTITUTION, MAY 17, 2005, 1A).

CBS EVENING NEWS REPORTED MORE RECENTLY THAT NATIONALLY, A MERE 45 PERCENT OF YOUNG BLACK MALES GRADUATE FROM HIGH SCHOOL AT ALL

(November 22, 2006), showing that the child neglect and devaluing of Black students in Georgia is a microcosm of what is happening across the U.S.

Second, another element in the pathos of devaluing African-American children is Black-on-Black aggression. Page 12 of Plaintiff's sister treatise discusses the fact that Black-on-Black aggression is the product of racism. The syndrome originated during slavery as Black people were forced to see themselves as an unworthy race deserving the scorn and contempt heaped upon them. Such treatment naturally caused them to see themselves with such contempt, which gave rise to innerracial strife or Black-on-Black aggression. This pathos is well known and it manifests itself as Black-on-Black crime (notably murders), domestic violence, backbiting and a perpetual tension between the Black man and Black woman.

It was the Jim Crow laws — an era that saw thousands of lynchings of Blacks — and the rank injustices of the criminal justice system that carried on state and local government's man-

tle of racism after slavery was abolished. Of course, today the justice system carries the government's mantle of racism by itself, thereby continuing the legacy of causing blacks to see themselves of low value, consequently keeping intact the innerracial strife that goes with it.

The Court may take "judicial notice" of the fact that it is not possible for black-on-black aggression to pass from generation to generation unless it passes through African-American children — America's black students. The Court may also take judicial notice that the syndrome of black-on-black aggression by its very nature breeds a negative mindset among black children and the black population that is antithetical to the education process.

A third source that places a low value on African-American children is the education establishment itself, which includes teachers and administrators. This point is substantiated by the fact that there is never a national outcry by teachers or the education establishment as a whole when data reveals the serious disparities in the achievement of

BLACK STUDENTS. FOR EXAMPLE, THERE WAS HARDLY A SOUND FROM K-12 EDUCATORS WHEN A RECENT REPORT DISCLOSED THE HORRIBLE HIGH SCHOOL GRADUATION RATES IN AMERICA'S LARGEST INNER-CITIES. THE SWORD OF THE LORD, A CHRISTIAN BIMONTHLY, REPORTED:

> AMERICA'S ONCE PROUD PUBLIC SCHOOL SYSTEM — THE GREAT EQUALIZER OF OUR DEMOCRATIC SOCIETY — IS FAILING AN ENTIRE GENERATION OF STUDENTS. . .
>
> [A] NEW EDUCATION WEEK REPORT REVEALS THAT. . .DETROIT'S PUBLIC HIGH SCHOOLS WILL GRADUATE ONLY 25 PERCENT OF THEIR STUDENTS; CLEVELAND, OHIO AND BALTIMORE, MARYLAND WILL GRADUATE LESS THAN 35 PERCENT; DALLAS, TEXAS, NEW YORK AND LOS ANGELES, CALIFORNIA ABOUT 46 PERCENT. IN FACT, 10 OF OUR NATION'S LARGEST CITIES WILL GRADUATE LESS THAN HALF THEIR STUDENTS. (AUGUST 10, 2007, P. 10)

ADDITIONALLY, THE COURT MAY TAKE JUDICIAL NOTICE OF THE HISTORICAL SILENCE OF THE EDUCATION ESTABLISHMENT WHEN SUCH DATA WAS REPORTED IN DECADES PAST. THE ACHIEVEMENT GAPS IN K-12 EDUCATION BETWEEN WHITES AND BLACKS HAVE ALWAYS EXISTED. AND DURING THE 1960s THROUGH THE 1990s, THERE WAS NO

MAJOR AGGREGATE MOVEMENT BY THE EDUCATION ESTABLISHMENT TO BRING INNER-CITY SCHOOLS UP TO PAR WITH PREDOMINATELY WHITE SUBURBAN SCHOOLS. UNDERACHIEVING, STRUGGLING SCHOOLS WHERE BLACKS PREDOMINATED WERE THE ACCEPTED NORM — BY BOTH WHITE AND BLACK TEACHERS AND SCHOOL ADMINISTRATORS. LIKE THE REST OF SOCIETY, THE SCHOOL SYSTEM TOOK ITS CUES FROM THE CRIMINAL JUSTICE SYSTEM TO PLACE A LOWER VALUE ON BLACKS WHICH CONSEQUENTLY INCLUDED THEIR CHILDREN.

FURTHER EVIDENCE THAT THE EDUCATION BUREAUCRACY PLACES A LOW PRIORITY ON BLACK STUDENTS IS FOUND IN THE FACT THAT IT HISTORICALLY HAS NOT ATTEMPTED TO "DUPLICATE AND MAINSTREAM" THE EXPERIMENTS BY WHICH BLACK YOUNGSTERS ARE BEING SUCCESSFULLY EDUCATED. THE MAVERICKS WHO PURSUE SUCH EXPERIMENTS ARE RARITIES WHO RESIST TAKING THEIR CUES FROM THE CRIMINAL JUSTICE SYSTEM. FOR INSTANCE, TALENT DEVELOPMENT HIGH SCHOOL IN BALTIMORE, MARYLAND IS BUILDING AN EXCEPTIONAL LEGACY OF OPTIMALLY AND CONSISTENTLY EDUCATING AFRICAN-AMERICAN STUDENTS ON VERY SIMPLE AND EASY TO APPLY PRINCIPLES. THE FOLLOWING EXCERPT IS

FROM A USA TODAY STORY THAT PROFILED THE UNIQUE SCHOOL:

> TALENT DEVELOPMENT HIGH SCHOOL . . . ISN'T PARTICULARLY HIGH-TECH OR ARTS-FOCUSED. IT HAS NO ADMISSIONS REQUIREMENTS. STUDENTS ARE ADMITTED BY LOTTERY. THE SCHOOL DAY IS NO LONGER THAN MOST. STUDENTS ARRIVE AT 9 A.M. AND LEAVE AT 3:50 P.M. IT DOESN'T HAVE A FOOTBALL TEAM OR MARCHING BAND. IT DOESN'T EVEN HAVE A GYM CLASS.
>
> YET IT'S WORKING ON A SIMPLE, COMMON SENSE PRINCIPLE: FIND A DYNAMIC PRINCIPAL WITH HIGH EXPECTATIONS, GIVE HIM WHAT HE NEEDS, AND LET HIM HIRE THE TEACHERS HE WANTS. PROVIDE RIGOROUS CURRICULUM AND MASSIVE INTERVENTION FOR FRESHMEN WHO READ AND DO MATH AT ELEMENTARY SCHOOL LEVELS. . . .
>
> [PRINCIPAL JEFFREY] ROBINSON SHRUGS WHEN ASKED ABOUT THE SCHOOL'S SECRET FORMULA: IT'S JUST AN ORDINARY SCHOOL THAT HAS EXPECTATIONS." (SEPTEMBER 28, 2007, 4A)

IT WAS NOT UNTIL THE POOR PERFORMANCE OF INNER-CITY SCHOOLS BEGAN TO NEGATIVELY IMPACT SUBURBAN SCHOOLS THAT THE AGGREGATE K-12 ESTABLISHMENT BEGAN TO MOVE GOVERNMENT TO MOUNT A MAJOR OVERHAUL OF K-12 EDUCATION. THUS PRESIDENT

Bush's "No Child Left Behind" law was enacted in 2002 to impose high uniform standards of achievement on the nation's public schools. Even the title of the law expresses its purpose — to equalize education and leave no child in the achievement gap. Talent Development opened in 2004 in response to NCLB's calling and it is yet to be determined if such experiments will be mainstreamed (ibid.). Though about 50 such experimental schools are now scattered nationwide (ibid.), several had existed for about a decade with little notice from the national education establishment.

If mainstreaming this approach to education is attempted, there are not enough principals like Robinson, let alone his teachers, to go around. Therefore, African-American parents will have to pick up the slack to nurture and motivate their children to learn. It will require an affirmative undertaking with an emphasis on reversing the criminal justice system's devaluing of African-Americans so that they can stop devaluing themselves. On this note, the above article describes the affects such devaluing has on African-

AMERICAN STUDENTS:

Only one in five students lives in a two-parent family. Many kids come to school angry, ill-fed, sleep deprived, lonely.

No one can reasonably deny that the typical African-American student labors under the influence of the counterproductive forces of racism. Since Racism must sustain legitimacy through Government Policies or Practices, no one can reasonably Deny that the systemic racism, or the devaluing of the African-American student, emanates from the criminal Justice system. No one can reasonably deny that the typical black student's motivation to learn is frustrated by 1. the lack of esteem and nurturing at home, 2. the pathos of black-on-black aggression and 3. the low worth the education system normally accords him or her.

## Politicization of K-12 Education

Politicization of the learning process is inevitable because as various pockets of the education apparatus accords black students low-

er value, the mental framework for deciding who gets a good education and who does not is automatically formed. Politicization may be largely unconscious but it significantly clouds the focus of many in the education bureaucracy. (Parallel bureacracies exist in the criminal justice system at state and local levels to determine who gets access to the law and who does not.) In fact, the education bureaucracy exists almost solely as a result of the politicization that is due to placing a lower value on black students.

Politicization of the learning process can be levied against any group and it depends on the bureaucratic whims or priorities of the education establishment. The nation got a good look at the politicization several years ago when 60 Minutes uncovered the trend of boys of all ethnic groups falling behind in school because of what seemed to be the aims of educators to prioritize the achievements of girls. The inquiries that 60 Minutes reporter Leslie Stahl hurled at educators alluded to the appearance

THAT EDUCATION OFFICIALS WERE NEGLECTING THE NEEDS OF BOYS.

Yet notwithstanding such bias, the greatest harm in politicizing the learning process is that it leaves teachers and administrators with the impression that a certain degree of student failure is acceptable.

## The Education Crisis

As noted earlier, the Atlanta Journal-Constitution reported from a study by the Civil Rights Project at Harvard that a mere 47 percent of Georgia's black 12th graders graduated from high school in 2002. The same study disclosed that 64 percent of non-Hispanic white 12th graders graduated that year (May 17, 2005, 1A). The difference in these two figures reveals the root cause of the education crisis.

The Court may take judicial notice of the hypothetical scenario that if the gap in the above graduation rates were closed — that if blacks graduated at the same rate of 64 percent — there would be no education crisis (though there would be

ROOM FOR IMPROVEMENT). THEREFORE THE CRISIS EXISTS BECAUSE THE GAPS IN EDUCATION BETWEEN WHITES AND MINORITIES EXIST, CONFIRMING NCLB.

ON ASSESSING THE PROBLEM, SENIOR ASSOCIATE AT THE HARVARD CIVIL RIGHTS PROJECT, DAN LOSEN, LAMENTED THE INSUFFICIENT RESOURCES PROVIDED MINORITIES, SAYING:

> SCHOOLS ARE DOING VERY POORLY IN TERMS OF PROVIDING ADEQUATE TEACHING, CURRICULUM AND THE KIND OF RESOURCES MINORITY STUDENTS NEED TO ACHIEVE. (IBID.)

HIS COMMENT PLAINLY REFLECTS THE LOW VALUE THE EDUCATION BUREAUCRACY HAS TRADITIONALLY AC-CORDED MINORITIES. LOSEN GOES ON TO ALLUDE TO THE ABSENCE OF AN OUTCRY FROM THE PUBLIC AND TEACHING PROFESSION, SAYING: "EVENTUALLY, PEOPLE ARE GOING TO SEE THAT WE NEED TO BE GRADUATING MORE STUDENTS THAN WE ARE"(IBID.).

THE LOW WORTH THAT IS ACCORDED MINORITIES IS TRADITIONAL; IT POLITICIZES THE LEARNING PROCESS THEREBY CREATING SITUATIONS IN WHICH WHITES, TOO, ARE NEGATIVELY IMPACTED. CLEARLY, THIS IS THE ONLY REASONABLE EXPLANATION FOR THE K-12 EDUCATION CRI-

sis. This factor is supported by the simplicity of the problem. There are only two ingredients necessary to motivate children to learn: they must be esteemed (valued) and nurtured. These ingredients must come from the home and school.

If the problem is so simple, the the solution is just as simple. Render the same value and quality of nurturing to minority students as white students. However, the devaluing of black students cannot end until the devaluing of blacks in general ends: and reversing the devaluing of African-Americans must begin in the criminal justice system.

## The Global Brains Race: America's Need for Minorities to Fill Science, Tech and High Skilled Jobs

In 2006, USA Today ran a story entitled: "U.S. Could Fall Behind in Global Brain Race". In part, it states:

A chorus of scientists, politicians and business leaders have long sounded this lament: the U.S. is about to be deposed as the

WORLD'S LEADER IN SCIENCE AND TECHNOLOGY.

And last week President Bush joined the choir, calling in his State of the Union Address for a $136 billion boost in science education and research over the next 10 years. "We cannot afford to be complacent. In a dynamic world economy, we are seeing new competitors, like India and China," he said.  .  .

While the 20th century had its arms race, the competition in this century will be a brains race, says science policy analyst, Michael Lubell of the American Physical Society. (February 9, 2006, 2D)

In a report entitled "Rising Above the Gathering Storm," the National Academy of Sciences said:

Although the United States continues to possess the world's strongest science and engineering enterprise, its position is jeopardized both by evolving weakness at home and growing strength abroad. (Ibid.)

One need not be well educated to grasp the import of such reports. The urgency of this situation intensified after the 9/11 attacks, which prompted the U.S. to sharply reduce the number

of brilliant foreign students coming to the U.S. to develop their academic gifts and work in American industry. In an editorial entitled, "Reverse Brain Drain Threatens U.S. Economy," Alan A. Webber wrote:

Until recently, if Americans heard the words "brain drain", they knew exactly what that meant. Bright, talented scientists, engineers and other techies from all over the world were migrating to the United States . . . Americans are starting to hear a new term: "reverse brain drain." What it suggests is the United States is pursuing government and private sector policies that over the long run, could lead to a significant shift in the world's balance of brain power [away from the U.S.]. (USA Today, February 24, 2004, 13A)

Webber argued that the practice of outsourcing "knowledge" jobs to other countries, poor performance of the education system and the reduction of foreign students are chiefly responsible for the reverse brain drain. However, he noted that then Federal Reserve Chairman Alan Greenspan somewhat disagreed with that assessment. Mr. Webber

WROTE:

> WHEN ASKED ABOUT OUTSOURCING AND THE
> RISING TRADE DEFICIT, GREENSPAN SAGELY
> COMMENTED THAT EDUCATION, NOT TRADE OR OUT-
> SOURCING, WOULD DETERMINE THE FATE OF U.S.
> WORKERS. (IBID., CITING TESTIMONY BEFORE
> SENATE BANKING COMMITTEE)

MR. GREENSPAN'S STATEMENT IS SUBSTANTIATED
BY THE FACT THAT WHILE U.S. COMPANIES WIDELY PRAC-
TICE OUTSOURCING, MANY U.S. MANUFACTURERS ARE
STRUGGLING TO FIND WORKERS THEY NEED TO MEET
PRODUCTION DEMANDS AND GROW BECAUSE OF THE DIRE
SHORTAGE OF JOB APPLICANTS WITH SKILLS DEVELOPMENT
POTENTIAL DUE TO INADEQUATE EDUCATION. REPORTING
ON A SURVEY OF 800 COMPANIES TAKEN BY THE FEDERAL
RESERVE BANK OF PHILADELPHIA, USA TODAY SAID, "FIND-
ING QUALIFIED WORKERS" TO FILL HIGH SKILLED JOBS IS
THE "BIGGEST BUSINESS PROBLEM" OF U.S. MANUFAC-
TURERS (DECEMBER 5, 2006, 2B).

CLEARLY THEN, OPTIMAL K-12 EDUCATION FOR
ALL ETHNIC GROUPS IS VITAL TO MEET THE EMPLOYMENT
NEEDS OF THE MANUFACTURING SECTOR ALONE.

THE COURT MAY TAKE JUDICIAL NOTICE OF THE
FACT THAT THERE ARE THREE THINGS THAT DRIVE THE

NECESSITY FOR THE U.S. GOVERNMENT TO RECOGNIZE THE NEED TO REMOVE ALL OBSTACLES THAT IMPEDE THE HIGH QUALITY EDUCATION OF MINORITIES AS WELL AS WHITES:

1. FIRST, THE WORLD'S NATIONS ARE MOVING TO FREE MARKET ECONOMIES AND USING TECHNOLOGY (INCLUDING THE WORLD WIDE WEB) TO DEVELOP THEM. THEY KNOW THE NEED TO DEVELOP THEIR OWN YOUNG PEOPLE, WHO MUST COMPETE IN THE WORLD MARKETPLACE. TECHNOLOGY AND ADVANCED PROCESSES ARE HELPING THEM TO ESTABLISH THEMSELVES AS MARKET FORCES IN SHORT PERIODS. NATIONAL GEOGRAPHIC, IN AN ARTICLE ENTITLED "CHINA'S INSTANT CITIES," REPORTED THAT AN "ESTIMATED 140 MILLION RURAL CHINESE" HAVE LEFT THEIR HOMES FOR CITIES THAT ARE SPROUTING ALL OVER THE COUNTRY. ANOTHER "45 MILLION ARE EXPECTED TO JOIN THE URBAN WORKFORCE IN THE NEXT FIVE YEARS" (JUNE 2007, P.103). EVEN NOW, 40 PERCENT OF THE WORLD'S NECKTIES COME FROM THE CHINESE CITY SHENGZHOU; THE TOWNSHIP OF DATANG PRODUCES ONE-THIRD OF THE WORLD'S SOCKS; WENZHOU MAKES 70 PERCENT OF THE WORLD'S CIGARETTE LIGHTERS (IBID., P.96).

WHAT'S HAPPENING IN CHINA IS A MICROCOSM OF WHAT IS HAPPENING IN MOST OF THE TRADITIONALLY UN-

DER-DEVELOPED WORLD, I.E., ASIA, EASTERN EUROPE, SOUTH AND CENTRAL AMERICA AND, EVENTUALLY AFRICA. NATIONS ARE REALIZING THE NEED TO AF-FIRMATIVELY DEVELOP THEIR YOUNG FOR COMPETING IN THE GLOBAL ECONOMY.

2. THE U.S. GOVERNMENT HAS SHARPLY REDUCED THE NUMBER FOREIGN GIFTED STUDENTS IT LETS INTO THE COUNTRY DUE TO THE WAR ON TERRORISM.

3. HIGH SKILLED JOBS ARE BECOMING THE NORM FOR THE WORKFORCE WHILE LOW SKILLED REPETITIVE JOBS ARE DWINDLING.

THESE POST-MODERN REALITIES HAVE CREATED A LITERAL GLOBAL BRAINS RACE THAT PUTS MUCH AT STAKE FOR U.S. CITIZENS. TO FILL THE VOID OF FEWER SCIEN-TISTS, ENGINEERS AND TECHIES COMING FROM ABROAD TO WORK HERE, THE U.S. MUST RELY ON ITS OWN CITIZENS, INCLUDING MINORITIES, MORE THAN EVER. NOT THE LEAST, THOUGH, MINORITIES ARE ALSO CRITICAL TO FILLING HIGH-SKILLED POSITIONS WHICH, EVEN TODAY, GO UNFILLED. AS NOTED EARLIER, THESE CHALLENGES ARE MADE ALL THE MORE DIFFICULT BY THE FACT THAT MILLIONS OF YOUNGSTERS ARE FALLING PREY TO AUTISM. THEN THERE IS THE MATTER OF THE WORKFORCE HAVING TO

ADAPT TO EVER MORE COMPLEX PROCESSES AND TECH-
NOLOGY.

THE U.S. EDUCATION ESTABLISHMEN HAS FALLEN
FAR SHORT OF PREPARING STUDENTS TO MEET THESE
CHALLENGES. MR. WERBER, IN HIS EDITORIAL, EXPOUND-
ED ON THIS POINT, WRITING:

> A RECENT COLUMN BY NICOLAS KRISTOFF IN
> THE NEW YORK TIMES MAKES THE POINT THAT
> U.S. EDUCATION IS DOING A LOUSY JOB IN MATH
> AND SCIENCE. THE MOST RECENT INTERNATIONAL
> RANKING OF EIGHTH GRADERS FROM AROUND THE
> WORLD PUT THE UNITED STATES 19TH JUST
> AFTER LATVIA. INDIA AND CHINA WERE NOT IN
> THE TRENDS SURVEY — BUT IT'S A SAFE BET THAT
> IF THEY HAD BEEN, THE U.S. WOULD HAVE SLID
> TO 21ST. (USA TODAY, FEBRUARY 24, 2004, 13A)

IT NATURALLY FOLLOWS THAT FAILURES IN THE
K-12 EDUCATION PROCESS TRIGGER FAILURE AT THE
COLLEGE LEVEL. THAT'S EXACTLY WHAT HAS BEEN HAP-
PENING, AS REPORTED BY USA TODAY IN ANOTHER PIECE.
IN PART, IT STATES:

> THE UNITED STATES HAS MADE INCREMENTAL
> IMPROVEMENTS IN PREPARING STUDENTS FOR
> COLLEGE IN RECENT YEARS BUT IT HAS MADE NO

NOTABLE PROGRESS SINCE THE EARLY 1990s IN INCREASING COLLEGE PARTICIPATION RATES, THE REPORT SAYS. AND, IT SAYS, DEGREE-COMPLETION RATES IN THE USA COMPARE POORLY WITH THOSE OF OTHER COUNTRIES. . .

THE USA DOES NOT FARE WELL, THE REPORT SAYS. FOR EXAMPLE, ALTHOUGH IT STILL LEADS THE SHARE OF PEOPLE AGES 35-64 WITH A COLLEGE DEGREE, IT RANKED SEVENTH AMONG 25-34 YEAR OLDS WITH COLLEGE DEGREES. THAT SUGGESTS THAT AS THE LARGE WELL EDUCATED BABY BOOM GENERATION RETIRES, THE USA FACES A DROP OFF IN COLLEGE TRAINED WORKERS TO REPLACE THEM. . .

OF PARTICULAR CONCERN, THE REPORT SAY, IS THE PROPORTION OF STUDENTS WHO COMPLETE A COLLEGE DEGREE OR CERTIFICATE PROGRAM. THE U.S. RANKS 16TH AMONG 27 COUNTRIES. (SEPTEMBER 7, 2006, 9D)

AS USUAL, THE OVERALL POOR SHOWING OF AMERICA'S EDUCATION STATISTICS PARALLELS THE INEQUITIES THAT SUSTAIN THE ACHIEVEMENT GAPS IN EDUCATION BETWEEN WHITES AND MINORITIES. FOR INSTANCE, THE ARTICLE CONTINUES:

GAPS IN COLLEGE PARTICIPATION BETWEEN HIGH AND LOW INCOME STUDENTS PERSIST. IN VIRGINIA, 58% OF HIGH INCOME AND 14% OF LOW

INCOME ADULTS 18-24 ARE ENROLLED IN COLLEGE;
IN ILLINOIS, THE GAP IS 52% TO 23%.

THIS IS A RARE INSTANCE IN WHICH THE DATA
ACTUALLY SHOWS COLLEGES PLACING A LOWER VALUE
ON THE EDUCATION OF MINORITIES. IT SAYS:

> THE WASHINGTON BASED EDUCATION TRUST,
> NOTING THE GAPS IN COLLEGE-GOING AND
> COLLEGE-COMPLETION FOR POOR AND MINORITY
> STUDENTS ARE WIDER THAN THEY WERE 30 YEARS
> AGO. . . [C]OLLEGES ARE INCREASINGLY CHOOS-
> ING TO USE THEIR RESOURCES TO COMPETE WITH
> EACH OTHER FOR HIGH END, HIGH SCORING STU-
> DENTS INSTEAD OF PROVIDING (FUNDING) FOR COL-
> LEGE QUALIFIED STUDENTS FROM LOW INCOME
> FAMILIES."

HERE WE SEE COLLEGE LEVEL EDUCATORS LARGELY
IGNORING THE EDUCATION OF QUALIFIED MINORITIES —
JUST AS THE JUSTICE SYSTEM IGNORES THE RIGHTS OF
MINORITIES — SEEMINGLY OBLIVIOUS TO THE FACT THAT
AS LONG AS THE GAP IN EDUCATION EXISTS BETWEEN
WHITES AND AFRICAN-AMERICANS, THE U.S. CANNOT
OVERCOME THE EDUCATION CRISIS, NOR SUCCESSFULLY
COMPETE IN THE GLOBAL BRAINS RACE, NOR ADEQUATELY
STAFF AMERICAN INDUSTRY AND INSTITUTIONS (LIKE THE

MILITARY) WITH QUALIFIED PERSONNEL.

## How Racism in Criminal Justice System Hampers U.S. Production

U.S. WORKERS ARE STILL THE MOST PRODUCTIVE IN THE WORLD. THAT HAS CONSISTENTLY BEEN SO IN MODERN TIMES. THIS MAY EXPLAIN WHY THE U.S. EDUCATION ESTABLISHMENT HAS ALLOWED K-12 EDUCATION TO FALTER FOR SO LONG WITHOUT TAKING MAJOR STEPS (PRIOR TO NCLB) TO REVAMP THE EDUCATION PROCESS. HOWEVER, REPORTS FROM VARIOUS SOURCES REVEAL THAT OTHER COUNTRIES ARE GAINING ON THE U.S. IN TERMS OF WORKER PRODUCTIVITY. ON COVERING ONE SUCH REPORT, USA TODAY HAS STATED:

> U.S. WORKERS ARE THE WORLD'S MOST PRODUCTIVE, FOLLOWED BY THE IRISH, THOUGH PRODUCTIVITY IS RISING FASTEST IN CHINA AND MUCH OF THE REST OF ASIA, ACCORDING TO THE INTERNATIONAL LABOR ORGANIZATION. WHEN MEASURED PER HOUR RATHER THAN TOTAL HOURS WORKED, HOWEVER, OIL RICH NORWAY WAS THE MOST PRODUCTIVE, FOLLOWED BY THE UNITED STATES AND THEN FRANCE. . . AMONG THE WEALTHY NATIONS, ILO FIGURES SHOWED THAT

LONG-TERM PRODUCTIVITY IMPROVEMENTS WERE OFTEN MORE MARKED IN WESTERN EUROPE AND JAPAN THAN IN THE USA. (SEPTEMBER 4, 2007, 1B)

WHILE U.S. WORKERS MAY BE APPLAUDED FOR RETAINING THE TOP SPOT, THE TRUTH OF THE MATTER IS THAT U.S. COMPANIES HAVE THE CAPACITY AND CUSTOMER DEMAND TO BE LIGHT YEARS AHEAD OF THE REST OF THE WORLD IN TERMS OF WORKER PRODUCTIVITY. THE REASON OTHER COUNTRIES ARE GAINING ON THE U.S. IS NOT DUE TO HIGH TECH APPLICATIONS, BUT BECAUSE U.S. EDUCATION HAS FAILED TO PROVIDE U.S. FIRMS WITH ENOUGH SUFFICIENTLY EDUCATED HIGH SCHOOL GRADUATES TO WORK THE HIGH-SKILLED JOBS OF TODAY. THIS REALITY WAS OMINOUSLY REGISTERED IN ANOTHER USA TODAY ARTICLE, AGAIN UNDERSCORING THE ROLE RACISM IN THE CRIMINAL JUSTICE SYSTEM PLAYS IN FRUSTRATING THE EDUCATION PROCESS. IN PART, THE PIECE STATES:

MUCH HAS BEEN MADE OF THE LOSS OF MILLIONS OF MANUFACTURING JOBS IN THE USA IN RECENT YEARS.

BUT MANUFACTURERS, REGARDLESS OF SIZE, SPECIALTY OR LOCATION, ACROSS THE USA ARE

REPORTING DIRE SHORTAGES OF SKILLED WORKERS:
PEOPLE SUCH AS WELDERS, ELECTRICIANS OR
MACHINISTS WITH A CRAFT THAT GOES BEYOND
PUSHING BUTTONS OR STACKING BOXES BUT DOES
NOT REQUIRE A DEGREE. THAT SHORTAGE IS
THREATENING THE VIABILITY OF THE U.S. MANU-
FACTURING SECTOR AT A TIME WHEN IT IS
FACING HEAVY COMPETITION FROM ABROAD.
(DECEMBER 5, 2006, 1B)

HIGH QUALITY EDUCATION FOR AS MANY STUDENTS
AS POSSIBLE IS THE ONLY WAY THE U.S. CAN REMAIN
THE MOST PRODUCTIVE AND ECONOMICALLY VIABLE
COUNTRY IN THE WORLD. YET OPTIMAL EDUCATION FOR
ALL YOUNGSTERS CANNOT HAPPEN UNTIL AFRICAN-
AMERICANS AND THEIR CHILDREN ARE NO LONGER
DEVALUED BY THE CRIMINAL JUSTICE SYSTEM. THE
COURT MAY TAKE JUDICIAL NOTICE OF THE FACT THAT THE
PROBLEM IS HUGE AND UNAVOIDABLE, AS REFLECTED BY
THE ARTICLE, WHICH CONTINUES:

IN A SURVEY OF 800 MANUFACTURERS BY
THE NATIONAL ASSOCIATION OF MANUFACTURERS
LAST YEAR, MORE THAN 80% SAID THEY WERE
EXPERIENCING A SHORTAGE OF SKILLED WORKERS.
IN OCTOBER MANUFACTURERS SURVEYED BY THE
FEDERAL RESERVE BOARD OF PHILADELPHIA SAID

"FINDING QUALIFIED WORKERS" WAS THEIR BIGGEST BUSINESS PROBLEM.

THE SHORTAGE OF SKILLED WORKERS IS THE RESULT OF A NUMBER OF FACTORS. ONE OF THE BIGGEST IS THAT MANUFACTURING IN THE USA IS BECOMING MORE HIGH TECH AND SKILLED-BASED AS THE MORE REPETITIVE, LESS SKILLED WORK IS MOVING ABROAD. SUCH JOBS REQUIRE GREATER EXPERTISE. . . ACCORDING TO AN ANALYSIS BY ECONOMISTS RICHARD DEITZ AND JAMES ORR AT THE FEDERAL RESERVE BANK OF NEW YORK, EMPLOYMENT IN HIGH SKILLED MANU-FACTURING JOBS ROSE 37% OR BY 1.2 MILLION JOBS, FROM 1983 TO 2002. (IBID., P. 2B)

NOTING THE EDUCATION FACTOR AND EMPLOYMENT PROBLEMS OF ONE EMPLOYER, THE ARTICLE STATES: "PEO-PLE HAVE COME IN WHO CAN'T DO SIMPLE MATH — SUCH AS CALCULATING SQUARE FOOTAGES. . . HE'S ALSO HAD PEOPLE COME IN WHO NEVER USED A TAPE MEASURE OR READ A BLUEPRINT "(IBID.). THE SAME EMPLOYER LAMENTS: "I COULD EXPAND 20-30% OVERNIGHT IF I HAD MORE PEOPLE "(IBID.).

THERE IS NO QUESTION THAT RACISM IN THE CRIM-INAL JUSTICE SYSTEM FRUSTRATES THE EDUCATION PRO-CESS AND IN TURN IMPEDES U.S. ECONOMIC OUTPUT. OF

EQUAL CONCERN IS THE EXTENT TO WHICH AMERICAN PRODUCTIVITY WILL BE INCREASINGLY HAMPERED AS TECHNOLOGY AND MANUFACTURING PROCESSES BECOME MORE AND MORE COMPLEX. IT IS AN OPEN QUESTION AS TO HOW SUCCESSFULLY THE TYPICAL HIGH SCHOOL GRADUATE CAN APPLY HIMSELF TO NEW FORMS AND WHETHER COLLEGES CAN CONTINUE TO PRODUCE ENOUGH GRADUATES TO KEEP AMERICAN INDUSTRY AND INSTITUTIONS VIABLE. THE SIGNS ARE NOT ENCOURAGING. AS ALREADY NOTED (P. 16, SUPRA), EDUCATION WEEK REPORTS THAT DETROIT WILL GRADUATE ONLY 25 PERCENT OF ITS HIGH SCHOOL STUDENTS WHILE 10 OF THE NATION'S BIGGEST CITIES WILL GRADUATE LESS THAN HALF THEIR 12TH GRADERS.

SMALLER CITIES DON'T APPEAR TO FARE MUCH BETTER. THE SAVANNAH MORNING NEWS RECENTLY REPORTED THAT 59 PERCENT OF SAVANNAH, GEORGIA AREA SIX-GRADERS FAILED THE STATE'S STANDARDIZED TEST FOR SCIENCE WHILE 53 PERCENT FAILED THE MATH TEST (AUGUST 26, 2007, A1). THE PAPER WENT ON TO SAY:

THE SIXTH-GRADE ACHIEVEMENT PROBLEM ISN'T LIMITED TO CHATHAM COUNTY [SAVANNAH AREA].

IN 2007, AT LEAST HALF OF SIXTH-GRADERS

FAILED THE MATH STANDARD IN 22 PERCENT OF GEORGIA'S PUBLIC SCHOOL SYSTEMS AND AT LEAST HALF FAILED THE SCIENCE STANDARD IN 33 PERCENT OF THE SYSTEMS. (IBID., 9A)

SUCH EXAMPLES OF STUDENT FAILURE POINT TO HOW POLITICIZATION OF THE EDUCATION PROCESS AND THE LOWER ACHIEVEMENT OF AFRICAN-AMERICAN STUDENTS IMPOSE A DRAG ON THE ACHIEVEMENT OF WHITE STUDENTS. THIS IS ESPECIALLY SO WHEN SCHOOL DISTRICTS ARE HEAVILY MIXED. ONE CAN ONLY WONDER HOW MUCH U.S. COMPANIES WOULD BE ABLE TO EXPAND IF THE WEAKNESSES IN THE EDUCATION SYSTEM DID NOT PERSIST.

## THE THREAT TO NATIONAL SECURITY

THE CURRENT HOSTILE CLIMATE IN INTERNATIONAL RELATIONS MAKES IT AN EXTRAORDINARILY BAD TIME FOR THE UNITED STATES TO DECLINE AS A SUPERPOWER. IT IS A TIME OF UNPRECEDENTED FOREIGN ENVY. MORE ROGUE NATIONS THAN EVER ARE TRYING TO ACQUIRE NUCLEAR WEAPONS, ISLAMIC FORCES HAVE TARGETED THE U.S. FOR DESTRUCTION AND DICTATORS WAIT IN THE SHADOWS TO REAPPEAR.

America's dominance as the only super-power is what holds these forces in check. For that reason, American values more or less dominate globally and, as a result, the world enjoys relative peace. The Court should be reminded that every democracy that has formed in modern times is due to American influence and power— even Russia and, eventually China.

It is all too apparent that the current picture could change as other nations continue the curve in utilizing technology and education to bring about competitive economies. U.S. experts know this and it is why the U.S. Government devotes more funding than ever toward education. What is not so apparent is how "easily" change can come. The following excerpt from a previously cited article is a vivid reminder of America's precarious position as world leader:

And productivity growth determines who is world leader and who is the follower in the global economy. A 1% shortfall in British productivity from 1880 to 1990 transformed "the once proud empire into a second-rate economy in little more than a lifetime," in

THE WORDS OF ECONOMICS WRITER SYLVIA NASAR. (USA TODAY, FEBRUARY 9, 2006, 1D)

As long as Great Britain maintained the lead in productivity, it dictated global policy. The U.S. is in the same position today and, ultimately, the K-12 education system determines whether the U.S. stays in the top position. What makes the current world outlook visibly troublesome is that entities such as Iran, China and the European Union (EU) either openly proclaim or demonstrate their intentions to subjugate the United States in the event that their particular ambitions are realized.

The EU is a case study on this point. For while it touts itself as a U.S. ally, its value system is very different from American values. By the following examples, the Court may consider that the EU has begun subjugation of the U.S. on several fronts. It is a mistake to think that EU actions are coincidental with doing business in a global economy, for it has plainly stated its intentions. The Court may consider the following excerpt from the Philadelphia Trumpet:

The concept [of subjugation] goes back to German Chancellor Angela Merkel's May 2006 comments to the Bundestag: "Europe has to show that it can mold world policy according to its own values." No doubt that is exactly what Europe is doing: enforcing European ways of doing business on foreign companies, and in the process establishing laws far beyond its borders. (October 2007, p. 6)

The above article is entitled "The Long Arm of European Law" and it gives stark examples of the EU's encroaching hegemony over U.S. interests. The article began with these words:

The European Union is now exerting its authority as a regulator on technology companies. Intel, AMD, Apple, Microsoft, Sony and Toshiba can verify this from firsthand experience. Consequently, European standards of doing business — if the European Commission's behavior continues to go unchecked — will become de facto law in the United States.  .  .

Perhaps most shocking, the EU has launched an investigation into the war between Sony's Blu Ray and Toshiba's HD-DVD

FORMATS — WITHOUT HAVING RECEIVED A COMPLAINT FROM ANYONE. IN JUNE, THE EUROPEAN COMMISSION NOTIFIED ALL THE MAJOR STUDIOS IN HOLLYWOOD TO TURN OVER AGREEMENTS, E-MAILS, RECORDS OF TELEPHONE CONVERSATIONS, ETC., REGARDING THEIR DECISIONS ON THEIR CHOICE OF DVD FORMAT. EVERY MAJOR STUDIO EXCEPT NBC UNIVERSAL HAS BACKED THE BLU RAY FORMAT. FIVE STUDIOS EXCLUSIVELY PRODUCE BLU RAY DISCS, A DECISION THE EU IS SPECIFICALLY CHALLENGING.

THE EU WAS EQUALLY AGGRESSIVE ON THE POLITICAL AND CRIMINAL JUSTICE FRONTS WHEN IT RECENTLY TRIED 26 U.S. OFFICIALS IN ABSTENTIA. THOSE WHO FOLLOW EU PATTERNS WELL KNOW THAT SUCH AN UNDERTAKING FITS WITH EU ASPIRATIONS TO IMPOSE ITS WILL GLOBALLY. THE ATLANTA JOURNAL-CONSTITUTION REPORTED:

IN ITALY, THE FIRST TRIAL STEMMING FROM THE CIA'S DETENTION PROGRAM OPENED FRIDAY WITHOUT THE PRESENCE OF 26 AMERICANS — ALL BUT ONE OF THEM BELIEVED TO BE CIA AGENTS — CHARGED WITH THE 2003 KIDNAPPING OF A MUSLIM CLERIC SUSPECTED OF TERRORIST TIES. THE TRIAL HAS IRRITATED U.S.-ITALIAN RELATIONS AND ITS OPENING COINCIDED WITH

President Bush's arrival in Rome for meetings with the Pope, Italy's prime minister and president. (June 9, 2007, A7)

The idea of criminally prosecuting 26 U.S. officials for relentless pursuit of terrorists stems from the EU's ultra-liberal positions which are often at odds with American values. The article also disturbingly informs that this is only the "first" such trial, signaling that other trials of Americans will follow and from other European states. The Court may note that the European arrest warrants for these U.S. officials will remain outstanding and that the EU will succeed in securing extradition of these Americans to European prisons if the EU amasses the necessary political power over the United States.

On the religious front, the EU has again shown that it will be aggressive as it gains the political and military standing to impose its will. This confirmation comes from a story in the Sword of the Lord, which states:

A nation whose education officials have warned that they will, when necessary, "bring the religious convictions of the family into

LINE" WITH STATE REQUIREMENTS, NOW HAS RE-
MOVED A SIXTEEN-YEAR-OLD GIRL FROM HER FAMILY
AND PLACED HER IN A CHILD PSYCHIATRY UNIT
AFTER SHE TURNED IN BELOW-EXPECTED GRADES
IN MATH AND LATIN.

THE NEWS OF NEARLY TWO DOZEN OFFICIALS
AND UNIFORMED POLICE OFFICERS PHYSICALLY TA-
KING THE TEEN FROM HER HOME IN FRONT OF HER
SHOCKED FAMILY IS JUST THE LATEST HORROR
STORY TO COME OUT OF GERMANY. . .

THE STORIES ARE CONCERNING TO HOMESCHOOL-
ERS IN THE REST OF THE WORLD, INCLUDING THE
UNITED STATES, BECAUSE OF THE REAL POTENTIAL
THAT INTERNATIONAL LAW EVENTUALLY COULD BE
USED TO BAN SUCH PRACTICES IN PLACES WHERE IT
IS NOW LEGAL. (APRIL 20, 2007, P. 2)

SUCH ACTS BY THE EU HARDLY BEFIT THE BEHA-
VIOR OF A REAL DEMOCRACY. YET WHATEVER THE FORM
OF HEGEMONY THAT MIGHT BE IMPOSED BY A FOREIGN
POWER, IT WOULD BE EXTREMELY TRAGIC FOR THE
U.S. TO SUCCUMB TO SUCH SUBJUGATION SIMPLY BE-
CAUSE IT ALLOWS RACISM IN THE CRIMINAL JUSTICE
SYSTEM REMAIN THE CATALYST FOR MAKING THE
EDUCATION PROCESS INEFFECTUAL.

## Conclusion

All disparities, or gaps, between whites and blacks — i.e. in courts, education, housing, business, employment, etc. — have always been a matter of devaluing African-Americans. What the herein lessons confer is that in the post-modern era, such disparities ramify to threaten all quarters of American society, even national security.

The education crisis that is caused by the justice system devaluing blacks proves that the U.S. can no longer afford policies that stunt the socioeconomic progress of any given ethnic group. The U.S. Government must take care to ensure that state and local governments are free of racist policies that directly or indirectly impede the optimal education of young people of all ethnic backgrounds.

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID COBBLE ON BEHALF OF
ALL AFRICAN-AMERICANS
SIMILARLY SITUATED
     PLAINTIFFS

V.

UNITED STATES ATTORNEY GENERAL
AND UNITED STATES DEPARTMENT
OF JUSTICE
     DEFENDANTS

CIVIL ACTION NO.

CLASS ACTION

1964 CIVIL RIGHTS
ACT, TORT

INJUNCTIVE AND
DECLARATORY RELIEF
ONLY

## TREATISE ON HOW RACISM IN CRIMINAL JUSTICE SYSTEM SUSTAINS SOCIETY'S PATTERNS OF RACE DISCRIMINATION

### CONTENTS

                                        PAGE

INTRODUCTION.  .  .  .  .  .  .  .  .  .  .3

THE UNFINISHED TRANSITION.  .  .  .  .  .  .4

RACISM'S CRIMINAL JUSTICE/SOCIETAL
CONNECTION.  .  .  .  .  .  .  .  .  .  .8

# Introduction

Plaintiff has filed a civil action in this court that addresses the culture of race discrimination in the Georgia criminal justice system. At the heart of the issues involved is the claim that many local jurisdictions in the state deliberately gravitate toward white public defenders who are predisposed to betray the rights of blacks accused of crimes. Moreover, white prosecutors exploit the public's "get tough on crime" stance to maintain systemic racism.

Racism by government began with legalization of slavery and was transferred to the Jim Crow laws after President Lincoln outlawed slavery. The criminal justice system was one of the institutions through which the government systematically exercised racism during the slave and Jim Crow eras. The ingrained capricious and arbitrary treatment of black defendants — racism's necessary ingredient — stayed with the criminal justice system after slavery and Jim Crow were abolished.

The instant treatise seeks to show that this culture of racism is the very catalyst that holds in place the patterns of race discrimination in greater society. To eradicate racist expression from society at large, racism must first be eliminated from the criminal justice system. The extent to which it is dealt with in the criminal justice system bears directly on how profuse race discrimination will remain in American culture.

RACISM'S OFFSPRING: BLACK-ON-BLACK
AGGRESSION . . . . . . . . . .12
THE FUTURE . . . . . . . . . .15
CONCLUSION. . . . . . . . . .17

PREPARED BY DAVID COBBLE    COPYRIGHT 2007


REFERENCES:

ENCYCLOPEDIA BRITAINNICA
WORLD BOOK ENCYCLOPEDIA
STORY OF OUR LAND AND PEOPLE, 1961
CBS EVENING NEWS
CABLE NEWS NETWORK
USA TODAY
THE ATLANTA JOURNAL-CONSTITUTION
SAVANNAH MORNING NEWS
FREEDOMWAYS NEWSLETTER

This work also seeks to show that racism in the criminal justice system is the root cause of black-on-black tension and aggression.

# The Unfinished Transition

One cannot begin to grasp the link between racism in the criminal justice system and race discrimination in greater society without first looking back to the beginnings of the United States as a nation. On July 4, 1776 the Founding Fathers presented the Declaration of Independence to the world. It represented the start of the transition from the authoritarian rule of European monarchies to the rule of law. It seemed doable if for no other reason than that democratic concepts were evolving, and the consensus to form a national democracy was strong.

Yet there were two facets of the new government that would frustrate a full transition from the capricious and arbitrary rule of men to the objective, detached and consistent rule of law. One facet was that government endorsed slavery. The other facet was that the idea of letting the law reign supreme was new (and in some political circles, unattractive) to the local, state and national figures who ran government at that time.

The Bill of Rights was not part of the United States Constitution when the Philadelphia Convention introduced the Constitution in 1787. The Framers did not think in terms of guarding citizens from the abuse that would inevitably occur by creating a strong centralized nat-

ional government. (Except for the rights to trial by jury and just compensation under Eminent Domain, the seven Articles of the Constitution are void of citizen protections.) It would take Thomas Jefferson and his Anti-Federalists to demand a Bill of Rights as a requisite to wide public support for the Constitution. These telling points reveal that the rulers of the thirteen original states retained much of the authoritarian mindset they had imported from the European monarchs.

Indeed, prior to the Revolutionary War in 1776, the heads of the thirteen colonies had been appointed either by the British king or by British companies who had been granted colonial charters by the king. Up to 1776, the thirteen original colonies were still British territories and the notion to wrest them from the Crown was by no means unanimous among colonials. There was a substantial minority who wanted to stay under the Crown's authority.

Noting the discontent of some in 1789 when George Washington took presidential office, one historian wrote: "Not everyone was ready to obey Washington and Congress. How did the President deal with defiance and rebellion?" ("Story of Our Land and People", 1961, p. 225).

All of these things meant that the transformation into a nation that had the highest regard for its coming body of laws would not be automatic. What further complicated the transition is that government spearheaded the institution of slavery, thus creating a broad system of exceptions (for Blacks) to the body of laws it posted nobly before the world. Slavery was the institution (more than

any other factor) that greatly distracted local, state and federal officials from bringing about legal and political customs that would fully purge American governance of the kind of arbitrary reign that characterized European kingdoms.

Side by side, two diametrically opposed systems emerged. One was outwardly based on brutalizing and subjecting the Negro to tyranny. The other system was based on according justice to whites.

President Lincoln freed the slaves in 1863. Southern states — acquiesced by the feds and Northern states — responded by ushering in Jim Crow laws, written to continue the denial of equality and the laws of the land to Negroes. This tradition of double standards had from the birth of the American republic bred an enduring culture of arbitrariness that officials will delve into whenever their whims or interests are outside the law, even in matters far removed from racism. After all, systemic capriciousness cannot confine itself to a single corner of an institution. By nature, it spreads.

Georgians saw this culture of arbitrariness in action in 1915 when state officials organized the lynching of Leo Frank, the Atlanta pencil factory owner convicted of killing young Mary Phagan. According to the Atlanta Journal-Constitution (Sept. 5, 2003; A10) the alleged plotters of the lynching involved a former Georgia governor, Cobb County's chief prosecutor, three legislators, Marietta's mayor, Cobb County's sheriff, two deputies and a lawyer. If these officials would organize a lynching, how much more

would they have indulged in lesser forms of arbitrary and capricious behavior?

The Leo Frank affair confirms the legitimacy government officials gave the practice of lynching, a corollary of slavery and the Jim Crow laws. The Fourteenth Amendment and 42 U.S.C. 1983 were specifically created to counter the capricious behavior of state and local officials who acted out of the influences of Jim Crow and the aftermath of slavery.

Today's climate of arbitrariness and capriciousness is manifested in government officials all over the country being called down for skirting the law. In a CBS News/New York Times poll (CBS News, Jan. 26, 2006) 77 percent of those polled said bribery of members of Congress is "just the way things work". In a CNN poll (July 12, 2006), 87 percent said never have they been so disappointed in elected officials than those now holding office. In another CNN poll (Oct. 22, 2006) 77 percent said they believe the federal government is broken.

Regarding the legal system, Congress is considering setting up an independent inspector's general office to root out waste and abuse within the federal judiciary (USA Today, Aug. 2, 2006; 8A). South Dakota is considering a law that removes liability immunity from judges who deliberately make rulings outside the law (ibid).

It is all too clear from today's headlines that the U.S. is struggling with an environment of government officials flouting the law. What's not clear is how much of

The current abuse can be attributed to early American officials failing to complete the transition from the authoritarian rule of men to the absolute rule of law. What is undeniable is that government's promotion of slavery and Jim Crow and the resulting institution of racism spurred a tradition of arbitrariness and capriciousness that has become increasingly entrenched and profuse as each generation passes.

Hence, race discrimination must be totally banished from government before government can make the full transition to allowing the laws of the land to reign supreme. Racism's very existence in any part of government prevents full compliance with the law and is the greatest contributor to the environment of dishonesty within the criminal justice system.

# Racism's Criminal Justice/Societal Connection

American governance has historically relied on three government institutions to maintain racism in society: slavery, the Jim Crow laws and the criminal justice system. Of the three, and for obvious reasons, only the criminal justice system survived the political forces that set out to abolish racial brutality and discrimination.

Civil Rights leaders have long recognized that the criminal justice system harbors pervasive race discrimination. What eludes them is that after the death of slavery and Jim Crow, the criminal justice system took over as the single government entity to give legitimacy to racist atti-

TUDES IN THE GENERAL PUBLIC. WITHOUT SOME DEGREE OF GOVERNMENT LEGITIMACY, RACISM AMONG THE PUBLIC CANNOT PREVAIL NOR EXIST TO ANY SUBSTANTIAL EXTENT.

IT SHOULD BE REMEMBERED THAT GOVERNMENT LEGALIZED SLAVERY AND JIM CROW, GIVING LEGITIMACY TO RACIST ATTITUDES AND UNDERSCORING THE POWERFUL INFLUENCE OF GOVERNMENT. THIS IS WHAT BEST EXPLAINS THE GLARING CONTRADICTION OF WHITE BORN AGAIN CHRISTIANS EMBRACING THE TWO NOW EXTINCT INSTITUTIONS.

IN 1964 CONGRESS ENACTED LEGISLATION TO OUTLAW RACE DISCRIMINATION. RACIAL BARRIERS STARTED COMING DOWN. RACE RELATIONS IMPROVED. EDUCATION AND EMPLOYMENT OPPORTUNITIES FOR BLACKS INCREASED. IT WAS GOVERNMENT'S INFLUENCE THAT MADE ALL OF THIS HAPPEN. IT WAS GOVERNMENT'S ACTIONS THAT CHANGED THE MINDS OF TENS OF MILLIONS WHO OTHERWISE WERE NOT MOVED BY THE CIVIL RIGHTS MOVEMENT.

YET THE 1964 CIVIL RIGHTS ACT DID NOT ABOLISH RACE DISCRIMINATION BY ANY STRETCH OF THE IMAGINATION. THIS FACT WAS ACKNOWLEDGED BY PRESIDENT BUSH WHEN HE MET WITH THE NAACP. HE SAID: "I UNDERSTAND THAT RACISM STILL LINGERS IN AMERICA" (USA TODAY, JULY 21, 2006; 2A). WHAT THE PRESIDENT DID NOT EXPLAIN IS THAT LONGSTANDING BUT UNWRITTEN POLICIES AND PRACTICES OF THE CRIMINAL JUSTICE SYSTEM IS WHAT PROVIDES LEGITIMACY FOR THE RACISM THAT IS STILL WITH SOCIETY.

WHEN GOVERNMENT TAKES ON A PARTICULAR POLICY OR PRACTICE, IT AUTOMATICALLY PROVIDES LEGITIMACY FOR ITS POSITION IN THE PUBLIC'S MIND — SIMPLY BECAUSE IT IS THE GOVERN-

ment — whether or not the policy is morally wrong. For instance, legalized abortion, pornography and prostitution. Even where a policy is illegal, government's endorsement lends legitimacy to those who like the policy and those who are apathetic about or uneducated on the issues involved.

The catalyst for the public's embrace of race discrimination has always been government. Consider South Africa's former apartheid system or Nazi Germany's Aryanism or the Middle East where Arab governments stir racial strife against Jews. By contrast, Western European populations are among the world's least racist because their governments affirmatively push diversity. Government generally sets the tone for prevailing public attitudes. Race discrimination is still with the American public primarily because of the criminal justice system's pervasive abuse of blacks accused of crimes.

White prosecutors are aware that the criminal justice system carries the government's mantle of race discrimination and they use the public's "get tough on crime" posture to maintain Jim Crow era levels of racism, thereby giving race discrimination sustainable legitimacy in the face of its illegality. Dr. Joseph Lowery of the Lowery Institute for Human Rights has stated:

The criminal justice system has been the least affected by social change in this country. It has been the most difficult to impact. It is the last frontier of slavery and oppression. (The Atlanta Journal-Constitution, Oct. 10, 2003, E 3)

On joining a race discrimination lawsuit against

Georgia's Cordele Judicial Circuit, the NAACP said:

> The time is ripe to assail roughshed tactics in local courtrooms across America. In an era when communities of color have become harvests for the prison industry rather than pools of future college students, we must challenge any deprivation of civil and constitutional rights that leads to further incarceration of minorities. (Ibid., Oct. 23, 2003, F1)

In November 2005, John Cole Vodicka of the Prison & Jail Project reported that he walked in on court proceedings that were being held in secret at the Early County Courthouse. After inquiring, he walked back to the Judge's chambers where the hearings were being held. The following account is part of the report he wrote in the "Freedomways" newsletter, Nov./Dec. 2005, P. 2:

> I brushed past Deputy Bryant and entered the small room made even smaller by a huge table sitting in the middle. Around this table sat Judge Lane, the clerk of the court, a stenographer, two members of the district attorney's office, a public defender and a young black man in an orange jumpsuit. Squeezed in at another table against the wall were three or four probation officers. Standing in the corners were four or five sheriff's deputies and detectives. It was a scene I imagined could be witnessed in some of the most oppressive countries on the planet.

Earlier in the article (P.1) Mr. Vodicka reported:

> The Prison & Jail Project has had an ongoing problem with the two judges in the Pataula Judicial Circuit, both of whom seem to have a penchant for conducting

public hearings in virtual secrecy.

What is just as significant about the above scene is that after Mr. Vodicka entered the Judge's chambers, he respectfully objected to the closed proceedings and got the Judge to move the hearing into the courtroom where family members and observers were waiting (ibid., p. 3). If Mr. Vodicka, who is not a court official, could get the hearings moved, then surely the defendants' public defenders could easily have done the same. And if such a scene is routine, as Mr. Vodicka stated, then the Chief Public Defender of Early County knows about the secret court sessions.

That Early County public defenders would go along with prosecutors and judges to divert from processes we hold dear indicates that these defense lawyers would acquiesce in undermining their black clients' rights at other stages of the legal process. It is self evident that these secret hearings are born of a culture of deviating from the law to practice racism.

By moving to genuinely remove racism from the criminal justice system, the de facto legitimacy by which many in society subjectively or unconsciously practice race discrimination would be eliminated. Thus, racist expression in the public at large can be virtually wiped out by bringing about a clean criminal justice system at all levels, at all times.

## Racism's Offspring: Black-on-Black Aggression

Racism is the root cause of black-on-black animosity

and aggression in America. Here, too, government bears the blame. Again, government had legalized race discrimination through slavery and Jim Crow laws. It was this legitimacy — over and above racist attitudes of the general public — that drew black people into the psychological darkness of seeing their skin color as a curse. As legitimacy persisted through time, it was inevitable that the typical black person had come to see himself or herself as a lowly creature not worth the esteem that other races take for granted.

No one knows when whites began to brand the Negro as a "nigger". However, we do know that black people's general acceptance (or embrace) of this label confirmed they had begun to see themselves as an unworthy race. Of course, to see oneself as a nigger and unworthy because one is black is to look upon others in the same way because they are black. Thus innerracial strife was also inevitable.

Naturally, low self worth causes blacks to place low value on their children. According to Bernice King, daughter of the late Dr. Matin Luther King, Jr., 70 percent of African-American births happen outside of marriage (Savannah Morning News, Nov. 15, 2003; 1D). They do not think enough of their children to legitimize them and provide two parent homes. Under these conditions, the odds dramatically increase that African-American children will grow up in unstable homes. Many inherit the sense of low self worth of their parents, thereby perpetuating the vicious cycle through generations.

In her first State of the Judiciary address, Georgia

Supreme Court Chief Justice Leah Ward Sears put Georgians on notice that it is time to deal with "the legal crisis created by the disintegration of the family." Pointing out that two thirds of the young people convicted of major felonies from 1970-1995 came from single parent or no parent homes (The Atlanta Journal-Constitution, Jan 26, 2006;C1).

The psychological equation is quite simple and obvious. If children are not nurtured, how can they be expected to become nurturing adults? How can they be expected to have any sense of direction at all? The result is a population of jaded young black people who follow their misplaced impulses into all sorts of trouble. On her visit to Savannah State University, Bernice King went on to report that 40 percent of black males aged 20-29 are in jail and that 1 in 14 black children have a parent in jail (Savannah Morning News, Nov. 15, 2003;1D). A mere 45 percent of young black males graduate from high school (CBS News, Nov. 22, 2006).

That the great bulk of black crime is black-on-black crime is well known. Low self worth gives way to self contempt, a condition that has long plagued the black community. This syndrome manifests itself as domestic violence, innerracial jealousies and backbiting, black-on-black aggression and a perpetual tension between the black man and black woman.

No wonder young black men are quite disposed to let the destructive devices of hip hop and gangsta rap overtake the black community. They have inherited self destructiveness and disregard for community health from their parents. The self contempt is kept alive by a criminal justice system that sends the clear and unavoidable message to blacks and

THE PUBLIC AT LARGE THAT BLACKS ARE NOT WORTHY OF EQUAL PRO-TECTION OF THE LAWS — THEY DESERVE THE UNFAIR TREATMENT THAT FOLLOWS FROM THE TYRANNY METED OUT TO THEIR FORE-FATHERS.

FROM THIS MESSAGE COMES THE CRIMINAL JUSTICE SYSTEM'S DEEPER MESSAGE — THAT AFRICAN AMERICANS ARE NOT WORTHY OF THE RESOURCES AND ATTENTION NEEDED TO END THE CYCLE OF SELF CONTEMPT WROUGHT BY HUNDREDS OF YEARS OF RACISM.

RACIST EXPRESSION IN THE CRIMINAL JUSTICE SYSTEM SERVES AS A CONDUIT TO INCUBATE ALL THE HORRIBLE EFFECTS LEFT ON THE BLACK PSYCHE BY SLAVERY AND JIM CROW. THESE AFFECTS WILL NOT BEGIN TO DISSIPATE UNTIL RACISM IN THE CRIMINAL JUSTICE SYSTEM IS VITIATED.

# THE FUTURE

THE JOURNALIST WHO REPORTED ON MS. KING'S LECTURE AT SSU HAD DIGESTED THE SOBERING STATISTICS SHE BROUGHT ON AFRICAN-AMERICAN SOCIAL ILLS AND OPENED HER ARTICLE WITH THE FOLLOWING WORDS:

SHE WAS PASSIONATE, SHE WAS ARTICULATE, SHE WAS FORCEFUL AND UNFORTUNATELY, SHE MAY EVEN BE RIGHT. AND IF SHE IS, THIS COUNTRY COULD BE IN A WHOLE LOT OF TROUBLE. THE REV. BERNICE KING. . . SPOKE TO A GENERATION [OF YOUNG AFRICAN-AMERICANS] THAT SHE BELIEVES HAS MIS-PLACED THEIR VALUES AND LOST THEIR DIRECTION. (SAVANNAH MORNING NEWS, NOV. 15, 2003: 1D)

HER STATISTICS DID NOT INCLUDE MORE RECENT DATA PUT OUT BY USA TODAY:

THE USA IS CLOSING IN ON A MILESTONE THAT SEEMED UNTHINKABLE 25 YEARS AGO. SOMETIME IN MID-OCTOBER [2006]

We will be a nation of 300 million Americans. We will then embark on a relatively quick journey to 400 million. Target date: around 2040. (July 5, 2006; 1A — Sources: Census Bureau; Population Reference Bureau)

If the current social conditions among African-Americans are grave, how much more desperate will things be in an America of 400 million — or 650 million by century's end? Without question, to allow the status quo to go unchanged in the face of such staggering population growth is unthinkable. Even now the black community is woefully short of producing its share of skill and talent to help the nation compete in the ever increasingly competitive global economy. Consider the serious shortage of skills in the following news excerpt:

But manufacturers, regardless of size, specialty or location, across the USA are reporting a dire shortage of skilled workers: people such as welders, electricians or machinists with a craft that. . . does not require a degree. That shortage is threatening their ability to meet demand, let alone expand their businesses. The gap could threaten the viability of the U.S. manufacturing sector at a time when it is facing heavy competition from abroad. (Ibid. Dec. 5, 2006; 1B)

The debilitating affects on blacks due to racism in the criminal justice system not only contribute to industry manpower shortages but impose an enormous burden on tax dollars that could otherwise be put to prudent use. Nor can the black community in its current state produce its fair share of talent for the military or higher education.

Every social malady that now besets black people will magnify and inflict an unbearable toll on the country's economy, social health, tax base and image. In 2003, Georgia spent $850 million on prisons. In 2007, it's $1.1 billion. Increases in its various state welfare budgets is another dramatic story. Racism related problems can easily become the top heavy gorilla — set against other dire issues — that tips the nation into the financial meltdown that economists predict may come. This is a time in which America can no longer afford to absorb masses of unfit people due to wrong social policies. In today's post-modern high tech global community, every possible individual is needed to help the the nation compete with the many countries rising in economic and political strength. To allow the criminal justice system to keep debilitating the black population is tantamount to America shooting itself in the foot. These are things to ponder as the future closes in.

## Conclusion

The link between racism in the criminal justice system and society's patterns of race discrimination has long been overlooked. Georgians and the rest of America are entitled to see what their great society would look like once racism is swept away totally. Only the judiciary — with its direct authority over the criminal justice system — can make that happen.