AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID COBBLE, ET. AL.
Plaintiff

V.

U.S. ATTORNEY GENERAL, ET. AL.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0050

I, DAVID COBBLE _____ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  WHEELER CORRECTIONAL FACILITY

   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   DECEMBER 1988    ABOUT $200 WK.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount.  N/A

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.  N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    NONE

I declare under penalty of perjury that the above information is true and correct.

____11-18-07____   ____David Cobble____
Date   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge     Date | United States Judge     Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _DAVID COBBLE, ET. AL._ v. _U.S. ATTORNEY GENERAL, ET AL._

Civil Action No. _____

    I, _DAVID COBBLE_ # _437864_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_David Cobble_
Signature of Plaintiff

n:\forms\Trust Account Form

08 0050
**FILED**
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| GA DEPT OF CORRECTIONS SCRIBE | | | WHEELER CORR FACILITY | | November 14, 2007   04:02 PM Page: 1 |
|---|---|---|---|---|---|
| Account Statement | | | **COBBLE, DAVID** GDC ID: 437864 | Printed By: | SWINSON, TERRY |

| Spendable Amount | Reserved Amount | Receipts On Hold | Funds Balance | Obligations/Court Charges |
|---|---|---|---|---|
| $0 00 | $10 00 | $0.00 | $10 00 | $1,812 41 |

## RECEIPTS

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 05/04/2007 | 3259893 | ADMISSION RECEIPT | WARE STATE PRISON - CK 33272 | $10 00 |

## WITHDRAWALS

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|

## OBLIGATIONS

Paid Status: P = Partially paid, Y = Paid in full; R = Reversed; W = Written off

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 11/14/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5235346. 11/14/2007 | $1.23 | |
| 11/13/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5230647. ILS 11/09/07 | $1 70 | |
| 11/07/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5222038 11/07/2007 | $1.23 | |
| 11/02/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5210732 ILS 11/01/07 | $1 55 | |
| 11/01/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5208103 10/31/2007 | $0 82 | |
| 11/01/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 11/2007 | $1.00 | |
| 10/30/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5151355. 10/30/2007 | $1 23 | |
| 10/26/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5144510. 10/26/2007 | $0 41 | |
| 10/26/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5144122. ILS 10/25/07 | $1 66 | |
| 10/22/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5132924 10/22/2007 | $1.55 | |
| 10/19/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5128987. 10/19/2007 | $4 32 | |
| 10/19/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5127875. ILS 10/18/07 | $1 77 | |

Account Statement

| GA DEPT OF CORRECTIONS SCRIBE | | WHEELER CORR FACILITY | | | November 14, 2007   04:02 PM Page: 2 | |
|---|---|---|---|---|---|---|
| Account Statement | | **COBBLE, DAVID** GDC ID: 437864 | | | Printed By:   SWINSON, TERRY | |

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 10/16/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5118450 10/15/2007 | $1.14 | |
| 10/12/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5113416. ILS 10/11/07 | $1.77 | |
| 10/09/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5104314. 10/09/2007 | $1.89 | |
| 10/08/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5101128 ILS 10/04/07 | $1.81 | |
| 10/04/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5095396. 10/04/2007 | $1.31 | |
| 10/01/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5086920. ILS 09/27/07 | $1.77 | |
| 10/01/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 10/2007 | $1.00 | W |
| 09/26/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5024371 9/26/2007 | $0.41 | |
| 09/25/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5022285. 09/25/2007 | $0 41 | |
| 09/21/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 5014736. ILS 09/20/07 | $1.77 | |
| 09/14/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4999119. ILS 09/14/07 | $1 77 | |
| 09/14/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4998996 09/14/2007 | $2 95 | |
| 09/10/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4987842 09/10/2007 | $2 57 | |
| 09/07/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4983400. 09/07/2007 | $0.41 | |
| 09/07/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4982381. ILS 09/06/07 | $1 92 | |
| 09/05/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4975704. ILS 08/30/07 | $1 77 | |
| 09/01/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 09/2007 | $1 00 | W |
| 08/28/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4908637 ILS 08/27/07 | $0 10 | |
| 08/28/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4908323. ILS 08/23/07 | $1 71 | |
| 08/27/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4906944. 08/27/2007 | $1.64 | |

| | | | | November 14, 2007 | 04:02 PM |
|---|---|---|---|---|---|
| GA DEPT OF CORRECTIONS SCRIBE | | WHEELER CORR FACILITY | | | Page: 3 |
| Account Statement | | COBBLE, DAVID | | Printed By: | SWINSON, TERRY |
| | | GDC ID: 437864 | | | |

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 08/21/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4894277 08/21/2007 | $2 87 | |
| 08/17/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4888275. ILS 08/16/07 | $1 55 | |
| 08/14/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4880417. 08/14/2007 | $2 46 | |
| 08/14/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4879618. ILS 08/13/07 | $1 77 | |
| 08/13/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4877601 8/13/2007 | $0 82 | |
| 08/06/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4862922 08/06/2007 | $2.15 | |
| 08/03/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4858598 ILS 08/03/07 | $1.92 | |
| 08/01/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4851572 07/31/2007 | $3 05 | |
| 08/01/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 08/2007 | $1 00 | W |
| 07/27/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4791343. 07/27/2007 | $6 28 | |
| 07/27/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4790272 ILS 07/26/2007 | $1.77 | |
| 07/20/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4776507. 07/20/2007 | $2.23 | |
| 07/20/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4775066 ILS 07/19/07 | $1 77 | |
| 07/13/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4761284. ILS 07/12/07 | $1.75 | |
| 07/13/2007 | WHEELER CORR FACILITY | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4760401. 07/09/07 | $5.00 | |
| 07/06/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4747376. ILS 07/05/07 | $2 03 | |
| 07/05/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4745350. 07/05/2007 | $1.82 | |
| 07/02/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4737869. ILS 06/28/07 | $1.77 | |
| 07/01/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 07/2007 | $1 00 | W |
| 06/28/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4681206. 06/28/2007 | $3.54 | |

| GA DEPT OF CORRECTIONS SCRIBE | | WHEELER CORR FACILITY | | | November 14, 2007 04:02 PM Page: 4 |
|---|---|---|---|---|---|
| Account Statement | | **COBBLE, DAVID** | | Printed By: | SWINSON, TERRY |
| | | **GDC ID: 437864** | | | |

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 06/22/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4670074. 06/22/2007 | $0.41 | |
| 06/22/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4668961 ILS 06/21/07 | $1.88 | |
| 06/19/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4660423. 06/18/2007 | $1.65 | |
| 06/18/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4658049 ILS 06/14/07 | $1.66 | |
| 06/14/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4653053. 06/14/2007 | $0 82 | |
| 06/13/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4650681. 06/13/2007 | $1.31 | |
| 06/11/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4645021. 06/11/2007 | $0 99 | |
| 06/08/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4640455. ILS 06/07/07 | $1.92 | |
| 06/06/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4636348. 06/06/2007 | $1 31 | |
| 06/06/2007 | WHEELER CORR FACILITY | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4635891. 06/05/07 | $5.00 | |
| 06/04/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4630577 06/04/2007 | $1.89 | |
| 06/01/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4625419. ILS 05/31/07 | $1.77 | |
| 06/01/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4624377 05/31/2007 | $0.41 | |
| 06/01/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 06/2007 | $1 00 | W |
| 05/29/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4566402. 05-29-2007 | $2.71 | |
| 05/25/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4561994. 05/25/2007 | $1.64 | |
| 05/25/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4561049. ILS 05/24/07 | $1.77 | |
| 05/21/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4550146. 05/21/2007 | $2.64 | |
| 05/16/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4541153. ILS 05/14/07 | $1.66 | |
| 05/11/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4533701. 05/11/2007 | $0.39 | |

Account Statement

| GA DEPT OF CORRECTIONS SCRIBE | | WHEELER CORR FACILITY | | November 14, 2007 04:02 PM Page: 5 | | |
|---|---|---|---|---|---|---|
| Account Statement | | COBBLE, DAVID GDC ID: 437864 | | Printed By: SWINSON, TERRY | | |
| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
| 05/09/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4529076. 05-09-2007 | $1.56 | |
| 05/08/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4526515. ILS 05/07/07 | $1 77 | |
| 05/07/2007 | COFFEE CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4524095 4-26-07  LEGAL .78 | $1 17 | |
| 05/07/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4523211 ILS 05/03/07 | $1.70 | |
| 05/07/2007 | COFFEE CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4522376. 5-4-07  LEGAL  1 17 | $1 17 | |
| 05/07/2007 | COFFEE CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4522371 5-1-07 | $1 26 | |
| 05/04/2007 | WHEELER CORR FACILITY | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4519659. 05/04/2007 | $0 78 | |
| 05/04/2007 | WHEELER CORR FACILITY | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | 05/04/2007 @ 10:27 | $1 00 | W |
| 04/24/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4445260. 4-24-07 I/P | $1.26 | |
| 04/19/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4440185 4-19-07 I/P | $3 06 | |
| 04/17/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4435038 4-4-07 L/S | $0.90 | |
| 04/17/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4434410 4-17-07 I/P | $0.39 | |
| 04/12/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4425857 04/12/07 S P. | $2.79 | |
| 04/12/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4425854. 04/12/07 I.P. | $1 41 | |
| 04/09/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4418463. 4-9-07 I/P | $1 50 | |
| 04/06/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4414905 3-28-07 L/S | $0.62 | |
| 04/02/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4404462. 4-2-07 I/P | $0.39 | |
| 04/01/2007 | WARE STATE PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 04/2007 | $1.00 | W |
| 03/30/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4349714. 3-30-07 I/P | $0.39 | |
| 03/27/2007 | WARE STATE PRISON | INDIGENT LOAN | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 4341718. 3-21-07 L/S | $0.62 | |

Account Statement