IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

08 0050

| | |
|---|---|
| DAVID COBBLE, ON BEHALF OF ALL AFRICAN-AMERICANS SIMILARLY SITUATED<br>    PLAINTIFFS<br><br>V.<br><br>UNITED STATES ATTORNEY GENERAL AND UNITED STATES DEPARTMENT OF JUSTICE<br>    DEFENDANTS | CIVIL ACTION NO.<br><br>CLASS ACTION<br><br>1964 CIVIL RIGHTS ACT, TORT<br><br>INJUNCTIVE AND DECLARATORY RELIEF ONLY |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Comes Now Plaintiff in the above styled case to motion the Court for leave to file a supplemental complaint in order to add a new claim to the action. The new claim alleges that racism in the criminal justice system is deteriorating the social and economic gains of the African-American middle class.

3

## BACKGROUND

In the original Complaint, Plaintiff alleges that the U.S. Attorney General and U.S. Department of Justice have failed to abolish the culture of systemic racism in the criminal justice system at the state and local level across the U.S. Racism in the justice system is expressed through wrongful convictions, excessive sentencing, lock-up traps and the refusal of courts to overturn illegal convictions and sentencing.

The original Complaint states that said racism debilitates the African-American population in that it, inter alia, 1. fosters black-on-black aggression and child abuse and neglect, 2. makes African-American children difficult to educate, 3. shortens life spans and causes premature deaths among blacks, 4. gives legitimacy to and sustains society's patterns of race discrimination.

The original Complaint — in conjunction with the treatises filed with the Court — al-

leges that racism in the criminal justice system causes society to devalue Black people — which includes their children who make up a large and significant segment of America's reservoir of students. The devaluing of Black students deprives them of academic nurturing and resources and makes them difficult to educate, which consequently creates an achievement gap between White and Black students and politicizes the K-12 education process. This state of affairs is the root cause of the Nation's crisis in education.

### The Supplemental Complaint

Since filing the original Complaint in November 2007, Plaintiff has learned that the Pew Research Center has published reports (November 2007) that document a very dangerous downward mobility trend that threatens the Black middle class. Among other things, the Pew Center reports that 45 percent of young Blacks from middle class families are ending up "near poor". Plaintiff submits that this is another

ramification of the devaluing of African-Americans that stems from systematic racism in the criminal justice system. Blacks below middle class obviously fare much worse as a result of said racism.

The Pew reports add more urgency to the need of abolishing racism from the justice system because they reflect how black students are being systematically "nonprepared" for keeping pace with the post-modern workforce, which requires high skills potential. Page 35 of Plaintiff's treatise draws on previous reports that convey that production and growth potential of 80 percent of U.S. manufacturers are frustrated due to serious shortages of skilled laborers. More recently, U.S. Department of Commerce Secretary Carlos Gutierrez, speaking on the national situation, warned: "We're facing a dramatic labor shortage" (USA Today, November 26, 2007, 10A). In sparsely populated North Dakota alone, there are currently 10,000 job openings (ibid.).

Abraham Lincoln warned about the perils of harboring an idled masses well over a cen-

tury ago. He said:

> No country can sustain, in idleness, more than a small percentage of its numbers. The great majority must labor at something productive. (Quoted in Sword of the Lord, November 16, 2007)

Of course, the middle class is the majority of any group or population. And the U.S. cannot sustain a fallen middle class from any of its major ethnic groups and reasonably expect great prosperity to endure. Just as international leaders have come to grasp that poor nations adversely affect the fate of rich nations in a global community, the Pew reports give Americans the chance to see that struggling major ethnic groups in today's existence negatively impact the rest of the nation.

In a nation of 300 million, the U.S. education system has failed in its duty to provide U.S. companies with enough sufficiently educated young people. This faltering stems from the achievement gap that exists between minority and white students, a gap that is created by the devaluing of black students that emanates from

THE CRIMINAL JUSTICE SYSTEM.

It is a problem that threatens the United States' role as the pre-eminent superpower. Plaintiff reminds the Court that the U.S. has treaties with one hundred democratic nations to provide protection against anti-democratic forces (USA Today, November 27, 2007, 1A). The U.S. cannot continue to guarantee such protection if racism in the criminal justice system is allowed to continue to drag down the education system, which underpins the nation's status as a superpower.

On this point, the European Union again comes to mind. The EU — comprising 27 nations — is one of those anti-democratic forces, and is emerging to fill the superpower vacuum should the U.S. lose dominance. Here in part is what another publication has had to say about this rising menace:

> The term "democracy" to the bureaucrats of Brussels, simply has the same meaning as it has in Moscow or Beijing. The European Union is the new tyrant of the Con-

TINENT.

THANKFULLY... VOICES BOTH SIDES OF THE ATLANTIC ARE INCREASINGLY CRYING OUT IN ALARM OVER WHAT IS BUILDING IN EUROPE. (PHILADELPHIA TRUMPET, JANUARY 2008, P.32)

AMONG THOSE SOUNDING THE ALARM: "[T]HE WASHINGTON POST'S FORMER LONDON BUREAU CHIEF T.R. REID HAS BECOME QUITE VOCAL IN TRYING TO EDUCATE AMERICANS AS TO THE NEW SUPERPOWER THAT THREATENS U.S. DOMINANCE" (IBID.).

THE E.U.'s LATEST ACT TO SUBVERT DEMOCRACY OCCURRED DECEMBER 13, 2007 WHEN LEADERS MET IN LISBON, PORTUGAL TO SIGN THE EU REFORM TREATY, A CLONE OF THE EUROPEAN CONSTITUTION, WHICH THE PEOPLE OF EUROPE HAVE REJECTED BY REFERENDUMS. THIS END-RUN AROUND THE DEMOCRATIC PROCESS LETS OFFICIALS IMPOSE BY TREATY WHAT THE PUBLIC WOULD NOT APPROVE AT THE BALLOT BOX. IT CREATES THE POSTS OF PRESIDENT OF THE EUROPEAN COUNCIL AND FOREIGN MINISTER. THESE AND OTHER MEASURES IN THE TREATY AFFORD TOP TIERED LEADERS THE CONSOLIDATION NECESSARY TO MOVE THE EU IN UNISON TO IMPOSE ITS WILL WORLDWIDE.

In one of the treatises filed with the Court, Plaintiff has given other stark examples of very recent EU imperialism. It has tried and convicted 25 CIA agents and one other U.S. official in abstentia for "kidnapping" and detaining a suspected terrorist operative. It has moved to establish itself as the world's business regulator and suppressed freedom of religious practice.

Clearly, the U.S. needs a strong black middle class and an efficacious education system to successfully deal with the types of challenges posed by the EU and other anti-democratic forces, not to mention the fierce competition generated by the global economy. Elimination of racism from the criminal justice system is a prerequisite to adequately addressing the problems of the black middle class and the education crisis.

## Conclusion

Wherefore, Plaintiff prays that the Court will grant leave to file the Supplemental Com-

PLAINT ON BEHALF OF THE AFRICAN-AMERICAN POPULATION.

SIGNED THIS 17TH DAY OF DECEMBER, 2007.

*David Cobble*

I, DAVID COBBLE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE FACTS ARE TRUE.

SIGNED *David Cobble*   EXECUTED 12-17-07

DAVID COBBLE 437864
WHEELER CORRECTIONAL FACILITY
P.O. BOX 466
ALAMO, GA 30411

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID COBBLE, ON BEHALF OF
ALL AFRICAN-AMERICANS
SIMILARLY SITUATED
    PLAINTIFFS

V.

UNITED STATES ATTORNEY GENERAL
AND UNITED STATES DEPARTMENT
OF JUSTICE
    DEFENDANTS

CIVIL ACTION NO.

CLASS ACTION

1964 CIVIL RIGHTS ACT, TORT

INJUNCTIVE AND DECLARATORY RELIEF ONLY

## SUPPLEMENTAL COMPLAINT

The culture of racism in the criminal justice system has systematically dragged down the education of African-American students to the point that there is a widespread downward spiral of economic and social regression among young citizens of the African-American middle class. This downward mobility trend is substantiated by reports recently published b

FILED
08 0050      JAN
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESEARCH CENTER.

SIGNED THIS 17TH DAY OF DECEMBER, 2007.

*David Cobble*

I, DAVID COBBLE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE FACTS ARE TRUE.

SIGNED *David Cobble*    EXECUTED 12-17-07

DAVID COBBLE 437864
WHEELER CORRECTIONAL FACILITY
P.O. BOX 466
ALAMO, GA 30411